# EXHIBIT E

## Sightmark Readyfire IR6 Laser Sights



**Sig Sauer Romeo5 Red Dot Sights and Vortex SPARC Red Dot Sights**



**KDSG PVS-14 Monocular L3 Gen 3 System Night Vision Goggle**



**Sniper FL3000R Green/IR Laser Sight Combo Fit Night Vision with TR20 Red Dot Sight**





**Steiner eOptics Laser Devices Dual Beam Aiming Laser Intelligent DBAL-I2**





**Steiner OTAL-C IR Offset Tactical Aiming Lasers**





## Assembled Rifles





**Aluminum D Size Solvent Filters/Traps Direct Attach - 1/4" (.223/5.56)**





## Fully Auto Rifle with GOUDREAU DNA





