# EXHIBIT F

**Shipped to**

melbourne, FL 32934
United States
Confirmed

**Seller protection**
Eligible

**Track your shipment**

1Z64R8W0A839505080
January 2, 2020 at 8:59:52 AM PST
Sent by UPS

| Order details | | Quantity | Price | Subtotal |
|---|---|---|---|---|
| Item # 352846690889 | **KDSG PVS-14 Monocular L3 Gen 3 System**<br>**Serial# 100024842** | 1 | $2,350.00 USD | $2,350.00 USD |
| | | | Purchase Total | $2,350.00 USD |

