# EXHIBIT G

# Thank you for your order

Hi JORDAN,

Just to let you know — we've received your order #14251, and it is now being processed:

## [Order #14251] (December 24, 2019)

| Product | Quantity | Price |
|---|---|---|
| Aluminum D Size Solvent Filters / Traps Direct Attach - 1/4" (.223/5.56) | 8 | $1,470.00 |