# EXHIBIT H

```
Received: 2024-08-05 09:47:42
    DEV-NBR-HDR:
    MNE-HDR: F05330003
    ATTN-HDR: 2AJE
    DTE-HDR: 20240805
    TIME-HDR: 0947
    MSG-NBR-HDR: 00096

--NLETS--
BR.MSBOAT000
06:47 08/05/2024 01370
06:47 08/05/2024 10945 FLFBIML03
*0516051693
TXT
WATERCRAFT REGISTRATION RESPONSE
BHN/QBO92111L405

PLATE/ MI1821CD           VEH ID/ QBO92111L405              STATUS/ ACTIVE
START DATE/ 2023-03-14    END DATE/ 2026-03-31
VEH YEAR/ 2005    TYPE/ SAILBOAT     MAKE/ DRAGONFLY BOATWORKS LLC
LENGTH/ 360IN     MOTOR/SAIL         FUEL/ GASOLINE     HULL/ FIBERGLASS
USE TYPE/ PERSONALPLEASURE           HORSEPOWER/

OWN/ GOUDREAU, JORDAN                DOB/ 1976            GENDER/ M
DLN/              DL TYPE/
MAILING ADDRESS:


     TAMPA, FLORIDA 33629-5018
     UNITED STATES
PHYSICAL ADDRESS:
     625 MARINA DR
     BILOXI, MISSISSIPPI 39534
     UNITED STATES

HOME PHONE NUMBER:
CELLULAR PHONE NUMBER:

E-MAIL ADDRESS:
--END--
```