# EXHIBIT I

## AFFIDAVIT IN SUPPORT OF MOTION FOR REVOCATION

I, Kyle D. Barton, depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since September 2009. I have been assigned to the New York Field Office since February 2010, and have been a member of the Special Weapons and Tactics Team since April 2015.

2. This affidavit is submitted in support of the government's motion for revocation of the release order for Jordan Guy MacDonald Goudreau ("GOUDREAU") pursuant to 18 U.S.C. § 3145(a)(1).

3. On July 30, 2024, at approximately 11:56 a.m., I participated in the arrest of GOUDREAU in the vicinity of 1 Bond Street, New York, New York. That address is associated with J.G., a female that was present with GOUDREAU at the time of his arrest.

4. When GOUDREAU was placed in handcuffs, he asked me if J.G. was arrested as well. I responded that J.G. was not arrested, and that GOUDREAU's personal effects were being left with his girlfriend (J.G.). GOUDREAU replied that "[J.G.] is not my fucking girlfriend."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August _5_, 2024.

Respectfully submitted,

_____ SA, FBI
Kyle D. Barton
Special Agent
Federal Bureau of Investigation