# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:24-mj-02753-UA-1
### Internal Use Only

Case title: USA v. Goudreau

Date Filed: 07/30/2024

Date Terminated: 08/01/2024

Assigned to: Judge Unassigned

**Defendant (1)**

**Jordan Guy Macdonald Goudreau**
*TERMINATED: 08/01/2024*

represented by **Hannah McCrea**
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007
212-417-8724
Email: Hannah_McCrea@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:371.F Conspiracy, 18:554.F Smuggling

**Disposition**

---

**Plaintiff**
**USA**

represented by **Georgia V. Kostopoulos**
DOJ-USAO
Sdny
1 St. Andrews Plaza

212-637-2212
Email: georgia.kostopoulos@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2024 | | Arrest (Rule 5(c)(3)) of Jordan Guy Macdonald Goudreau. (job) (Entered: 07/31/2024) |
| 07/30/2024 | 1 | RULE 5(c)(3) AFFIDAVIT of JACOB HAMILTON, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation, from the United States District Court - Middle District of Florida, as to Jordan Guy Macdonald Goudreau. (Signed by Magistrate Judge Gary Stein on 7/30/2024) (job) (Entered: 07/31/2024) |
| 07/30/2024 | 2 | Minute Entry for proceedings held before Magistrate Judge Gary Stein: Initial Appearance in Rule 5(c)(3) Proceedings as to Jordan Guy Macdonald Goudreau held on 7/30/2024. Appearance entered by Hannah McCrea for Jordan Guy Macdonald Goudreau on behalf of defendant. Detention Hearing as to Jordan Guy Macdonald Goudreau held on 7/30/2024. AUSA, Georgia Kostopoulos present for the Government. Defendant present with attorney, Hannah McCrea. BAIL DISPOSITION: $2,000,000 personal recognizance bond; To be secured by property owned by Jen Gatien (girlfriend); To be co-signed by two financially responsible persons; Travel restricted to SDNY/EDNY/MDFL and places in between to get to MDFL; Surrender travel documents and no new applications; Pretrial supervision as directed by pretrial services; Mental Health eval/treatment as directed by PTS; Def. to submit to urinalysis: if positive, add condition of drug testing/treatment; Home detention; Location monitoring technology as directed by PTS; Def. to continue or start education program; Def. not to possess firearm/destructive device/other weapon; Def. to have no contact with any witnesses or any co-defendants/co-conspirators; Stay granted to end of business day of 7/31/2024 to allow MDFL opportunity to appeal; Control date of 8/29/2024 set for appearance in MDFL; Def. to be detained until all conditions are met. (job) (Entered: 07/31/2024) |
| 08/01/2024 | | RULE 5(c)(3) DOCUMENTS SENT as to Jordan Guy Macdonald Goudreau from the U.S.D.C. Southern District of New York to the United States District Court - District of Florida. Sent original file along with documents numbered 1-2, certified copies of: Rule 5(c)(3) Documents, the docket sheet, and letter of acknowledgment. (job) (Entered: 08/01/2024) |
| 08/01/2024 | 🔒 | (Court only) ***Terminated defendant Jordan Guy Macdonald Goudreau. ***Case Terminated as to Jordan Guy Macdonald Goudreau. (job) (Entered: 08/01/2024) |