UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:24-CR-330-VMC-CPT

JORDAN GUY MACDONALD GOUDREAU
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME (TWO WEEKS) TO RESPOND TO GOVERNMENT'S MOTION TO REVOKE PRETRIAL RELEASE (DISTRICT COURT REVIEW)**

**COMES NOW**, A. FITZGERALD HALL, counsel for the Defendant, JORDAN GOUDREAU, pursuant to 18 U.S.C. § 3145(a)(1) and 28 U.S.C. § 636, and moves this Court to: **GRANT AN EXTENSION OF TIME (TWO WEEKS) TO RESPOND TO GOVERNMENT'S MOTION TO REVOKE PRETRIAL RELEASE (DISTRICT COURT REVIEW)**. As grounds for this motion, undersigned counsel proffers the following:

BACKGROUND AND BASIS

1. On July 16, 2024, Mr. Goudreau, along with co-defendant, Yacsy Mirabal, was indicted for count one, conspiracy in violation of 18 U.S.C. § 371; count two, smuggling goods from the United States in violation of 18 U.S.C. §§ 554(a) and 2; count three, smuggling goods from the United States in violation of 18

1

U.S.C. §§ 554(a) and 2; counts four through eight, violation of the Arms Export Control Act in violation of 22 U.S.C. § 2778, 22 C.F.R. § 127.1, and 18 U.S.C. § 2; counts nine through twelve, violation of the Export Control Reform Act of 2018 in violation of 50 U.S.C. § 4819, 15 C.F.R. § 764.2, and 18 U.S.C. § 2; count thirteen, violation of the National Firearms Act in violation of 26 U.S.C. §§ 5861(d) and 5871; and count fourteen, unlawful possession of a firearm in violation of 18 U.S.C. §§ 922(o) and 924(a)(2) (Doc. 1).

    2.    On July 30, 2024, in the Southern District of New York, Mr. Goudreau was arrested on the aforesaid indictment and appeared before the same Court (Doc. 25). The Southern District of New York Court (Stein, Gary, J.) granted Mr. Goudreau pretrial release under the following conditions:

    a.    $2 million personal recognizance bond, to be secured by property owned by Jen Gatien.

    b.    Bond to be co-signed by two (2) financially responsible persons.

    c.    Travel restricted to the Southern District of New York, the Eastern District of New York, the Middle District of Florida, and places in between to facility travel to the Middle District of Florida.

    d.    Surrender travel documents and make no new applications for travel documents.

  e. Pretrial supervision as directed by Pretrial Services.

  f. Home detention and location monitoring as directed by Pretrial Services.

  g. And other standard conditions of pretrial release.

(Doc. 25 – documents from the Southern District of New York (Foley Square)).

  3. The Government moved to stay Mr. Goudreau's pretrial release order pending review of the order by the District Court (Doc. 9). The Government's request to stay the Pretrial Order of Release was granted (Doc. 10). As a result, Mr. Goudreau remains in custody in the Southern District of New York, and he is pending removal to the Middle District of Florida (Docs. 9 & 10).

  4. The Government has filed its Motion to Revoke [the Pretrial] Release Order (District Court Review), as to Mr. Goudreau, previously entered by the Southern District of New York Court. *See* Docs. 22 and 25.

  5. The response to the Government's Motion to Revoke Mr. Goudreau's order of pretrial release is due on Wednesday, August 14, 2024 (Doc. 10). Undersigned counsel was appointed to represent Mr. Goudreau yesterday, August 12, 2024 (Doc. 26).

6. Due to the above, undersigned counsel is requesting this Court grant a two-week extension for the filing of Mr. Goudreau's response to the Government's motion seeking revocation of the pretrial release order.

7. Assistant United States Attorney Daniel Marcet does not oppose this motion.

**WHEREFORE**, Mr. Goudreau prays this Court will grant the relief requested herein and enter an order extending the time to file Mr. Goudreau's response to the Government's motion seeking revocation of the pretrial release order.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

By: **_s/ A. Fitzgerald Hall_**
A. Fitzgerald Hall, Esq.
Florida Bar No. 0137138
Federal Defender
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Phone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Alec_Hall@fd.org
*Defense Attorney for Goudreau*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to Office of the United States Attorney, Assistant United States Attorney Daniel Marcet, on this 13th day of August 2024.

By: *s/ A. Fitzgerald Hall*
A. Fitzgerald Hall, Esq.
Federal Defender
