CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) GOUDREAU, JORDAN GUYMACDONAL | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/RA | 3. SOCIAL SECURITY NUMBER 212 55 6378 |
|---|---|---|

| 4a. GRADE, RATE OR RANK SFC | b. PAY GRADE E07 | 5. DATE OF BIRTH (YYYYMMDD) 19760730 | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 00000000 |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY LOS ANGELES, CALIFORNIA | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) 330 THE VILLAGE APT 110 REDONDO BEACH CALIFORNIA 90277 |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND 010010SFCO B SF CO (MOB SP | b. STATION WHERE SEPARATED STUTTGART TC, GE, APO AE 09131 |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED N/A | 10. SGLI COVERAGE     NONE AMOUNT: $ 400,000.00 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 18D4V W8 SF MEDICAL SERGEANT - 12 YRS 7 MOS //11C4C INDIRECT FIRE INFANTR - 1 YRS 11 MOS//NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2001 | 02 | 22 |
| | b. SEPARATION DATE THIS PERIOD | 2016 | 02 | 10 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0014 | 11 | 19 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| | f. FOREIGN SERVICE | 0003 | 10 | 11 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 05 | 08 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2008 | 08 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) BRONZE STAR MEDAL (3RD AWARD)//ARMY ACHIEVEMENT MEDAL//ARMY GOOD CONDUCT MEDAL (4TH AWARD)//NATIONAL DEFENSE SERVICE MEDAL //GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//IRAQ CAMPAIGN MEDAL W/ CAMPAIGN STAR //NON COMMISSIONED OFFICER//CONT IN BLOCK 18 | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) ADV LAND NAVIGATION, 3 WEEKS, 2007//ADV NCO CRS (ANCOC), 3 WEEKS, 2007//ADV SP OPS TECN CRS, 20 WEEKS, 2008//ADV TRAUMA LIFE SUPPRT, 4 WEEKS, 2003//AIRBORNE, 3 WEEKS, 2001// /ARABIC (AD) (SQLT), 20 WEEKS, 2005//BASIC NCO CRS (BNCOC), 4 WEEKS, 2007//FREE FALL PARACHUTIST, 4 WEEKS, 2012//CONT IN BLOCK 18 |
|---|---|

| | YES | NO |
|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | X | |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | X | |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | X | |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

18. REMARKS /////////////////////////////////////////////////////////////////////////
IMMEDIATE REENLISTMENTS THIS PERIOD -- 20060426-20071031, 20071101-20110517, 20110518-20160210//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20010125-20010221//SOLDIER PRESENTED US FLAG//RETIRED LIST GRADE SFC//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN IRAQ 20100324-20100909//SERVICE IN IRAQ 20061204-20070403//SERVICE IN AFGHANISTAN 20110502-20110609//SERVICE IN AFGHANISTAN 20140120-20140620//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//CONT FROM BLOCK 13: PROFESSIONAL DEVELOPMENT RIBBON (3RD AWARD)//ARMY SERVICE RIBBON//OVERSEAS SERVICE//SEE ATTACHED CONTINUATION SHEET

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes or to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) 4620 DUNCASTLE RD APT 3B FAYETTEVILLE NORTH CAROLINA 28314 | b. NEAREST RELATIVE (Name and address - include ZIP Code) JUNE GOUDREAU 393 VANDERBILT AVE BROOKLYN NEW YORK 11238 |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) NC | OFFICE OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | X YES | NO |

| 21.a. MEMBER SIGNATURE ESIGNED BY: GOUDREAU.JORDAN.GUYMACDO NAL.1245808492 | b. DATE (YYYYMMDD) 20160210 | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) ESIGNED BY: FEY.JASON.MATTHEW.1242148971 JASON M FEY, SENIOR TRANSITION SPEC | b. DATE (YYYYMMDD) 20160210 |
|---|---|---|---|

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION RETIREMENT | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY AR 635-40, CHAP 4 | 26. SEPARATION CODE SEK | 27. REENTRY CODE 4 |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION DISABILITY, TEMPORARY (ENHANCED) |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY 4 (Initials) JGG |
|---|---|

DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC | MEMBER - 4

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY (Continuation Sheet)
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| GOUDREAU, JORDAN GUYMACDONAL | ARMY/RA | 212 \| 55 \| 6378 |

(Specify the item number of the block continued for each entry.) /////////////////////////////////////////////////////////////////////
CONT FROM BLOCK 18: RIBBON (2ND AWARD)//COMBAT INFANTRYMAN BADGE//SPECIAL FORCES TAB//
RANGER TAB//PARACHUTIST BADGE//CONT FROM BLOCK 14: //PR LDRSHP DEV CRS, 4 WEEKS, 2004//
RANGER CRS, 8 WEEKS, 2002//SERE (HIGH RISK), 3 WEEKS, 2006//SF MEDICAL COURSE, 24 WEEKS,
2006//SF TECHN SURVEILLANCE, 8 WEEKS, 2010//SFARTAETC, 8 WEEKS, 2006//SOCMS, 24 WEEKS,
2006//SP FORCES QUAL CRSE, 1 WEEK, 2006//SP OP TRGT INTRDTN CRS, 8 WEEKS, 2011//SP OPS
CBT MED SK SUS, 1 WEEK, 2010//TRAUMA-AIMS, 4 WEEKS, 2003//NOTHING FOLLOWS

| 21.a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| ESIGNED BY: GOUDREAU.JORDAN.GUYMACDO NAL.1245808492 | 20160210 | ESIGNED BY: FEY.JASON.MATTHEW.1242148971 <br> JASON M FEY, SENIOR TRANSITION SPEC | 20160210 |

DD FORM 214C, AUG 2009     GENERATED BY TRANSPROC     MEMBER - 4