# NCO EVALUATION REPORT
For use of this form, see AR 623-3; the proponent agency is DCS, G-1

FOR OFFICIAL USE ONLY (FOUO)
SEE PRIVACY ACT STATEMENT
IN AR 623-3

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|
| GOUDREAU, JORDAN G. | 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 | SFC | 20080801 | 18D4W5WAD |

| f1. UNIT ORG STATION ZIP CODE OR APO MAJOR COMMAND | f2. STATUS CODE | g. REASON FOR SUBMISSION |
|---|---|---|
| C Co, 1st Bn, 10th SFG(A), Panzer Kaserne APO AE 09107 USASOC | 02 | Annual |

| h. PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO OF ENCL | l. RATED NCO'S EMAIL ADDRESS (gov or mil) | m. UIC | n. CMD CODE | o. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM YEAR MONTH DAY | THRU YEAR MONTH DAY | | | | | | | |
| 20100908 | 20110907 | 12 | | | jordan.goudreau@us.army.mil | WH09C0 | SP | UA82 |

## PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| CAMPBELL, JESUS A. | 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 | CAMPBELL.JESUS.ANTONIO.1127502850 | 20110830 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | RATER'S AKO EMAIL ADDRESS (gov. or mil) |
|---|---|---|---|---|
| SFC | 18C | C Co., 1st Bn, 10th SFG(A) | Operations Sergeant | jesus.campbell@us.army.mil |

| b. NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| BROADWATER IV, COLBY M. | 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 | BROADWATER.COLBY.MARSHALL.IV.1054406180 | 20110831 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | SENIOR RATER'S AKO EMAIL ADDRESS (gov. or mil) |
|---|---|---|---|---|
| CPT | SF | C Co., 1st Bn, 10th SFG(A) | Detachment CDR | colby.broadwater1@us.army.mil |

| c. NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| MARM, WILLIAM J. | 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 | MARM.WILLIAM.JAMES.1037179007 | 20110903 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | REVIEWER'S AKO EMAIL ADDRESS (gov. or mil) |
|---|---|---|---|---|
| MAJ | SF | C Co., 1st Bn, 10th SFG(A) | Company CDR | william.marm@us.army.mil |

d. [✓] CONCUR WITH RATER AND SENIOR RATER EVALUATIONS  [ ] NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments)

e. RATED NCO I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. I further understand my signature verifies that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct. I have seen the completed report. I am aware of the appeals process of AR 623-3.

| SIGNATURE | DATE (YYYYMMDD) |
|---|---|
| GOUDREAU.JORDAN.GUY.MACDONAL.1243900492 | 20110922 |

## PART III - DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE | b. DUTY MOSC |
|---|---|
| SFODA Senior Medical Sergeant | 18D4O |

c. DAILY DUTIES AND SCOPE (To include, as appropriate, people, equipment, facilities and dollars)
Senior Medical Sergeant on a forward deployed Special Forces Assault Team in the CJCS directed EUCOM Special Operations contingency response force capable of solving sensitive crisis situations anywhere in the EUCOM area of responsibility; advises the commander and trains the Team on all aspects of medical training and employment; member of a 5-man close quarters assault cell; helps coordinate and train the Team in live-fire close quarters battle, advanced marksmanship, and non-standard demolitions; maintains equipment valued at $750,000.

d. AREAS OF SPECIAL EMPHASIS
Prepared for CJCS, SOCEUR and SOCAF In-Extremis operations; International Security and Surveillance Course; Operation ODYSSEY DAWN (OOD).

e. APPOINTED DUTIES
Assault Force Cell Leader, Detachment S-1, Range Safety Officer, Marksmanship Instructor, Close Quarters Battle (CQB) Instructor, Detachment Master Fitness, Detachment Combative's Instructor

| f. COUNSELING DATES | INITIAL | LATER | LATER | LATER |
|---|---|---|---|---|
| | 20101005 | 20110108 | 20110408 | 20110708 |

## PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS (Rater)

a. ARMY VALUES. Check either "YES" or "NO". (Bullet Comments are mandatory. Substantive bullet comments are required for "NO" entries.)

| | | YES | NO |
|---|---|---|---|
| V A L U E S | 1. LOYALTY. Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and other Soldiers. | ✓ | |
| Loyalty | 2. DUTY. Fulfills their obligations. | ✓ | |
| Duty | 3. RESPECT/EO/EEO. Treats people as they should be treated. | ✓ | |
| Respect | 4. SELFLESS-SERVICE. Puts the welfare of the nation, the Army, and subordinates before their own. | ✓ | |
| Selfless-Service | 5. HONOR. Lives up to all the Army values. | ✓ | |
| Honor | 6. INTEGRITY. Does what is right - legally and morally. | ✓ | |
| Integrity | 7. PERSONAL COURAGE. Faces fear, danger, or adversity (physical and moral). | ✓ | |
| Personal Courage | | | |

Bullet comments
o consummate professional; a focused and energetic Noncommissioned Officer
o totally dedicated to the unit, mission and Soldiers; a credit to Special Forces
o always candid when dealing with teammates and superiors

DA FORM 2166-8, MAR 2006  PREVIOUS EDITIONS ARE OBSOLETE.  Page 1 of 2  APD PE v6.00ES

## PART IV (Rater) - VALUES/NCO RESPONSIBILITIES

*Bullet comments are mandatory. Substantive bullet comments are required for "EXCELLENCE" or "NEEDS IMPROVEMENT."*

**b. COMPETENCE**
- Duty proficiency; MOS competency
- Technical & tactical; knowledge, skills, and abilities
- Sound judgment
- Seeking self-improvement; always learning
- Accomplishing tasks to the fullest capacity; committed to excellence

[X] EXCELLENCE (Exceeds std)   [ ] SUCCESS (Meets std)   [ ] NEEDS IMPROVEMENT (Some)   [ ] (Much)

o graduated top 5% in an eight week Advanced Surveillance Course held in England; dramatically increased the capability of the unit to conduct low visibility operations

o lauded by world class marksmanship instructor during highly advanced weapons training due to his natural ability to rapidly discern the most difficult scenarios

o redesigned the Detachment's marksmanship lesson plans; resulted in a comprehensive and standards driven training methodology

**c. PHYSICAL FITNESS & MILITARY BEARING**
- Mental and physical toughness
- Endurance and stamina to go the distance
- Displaying confidence and enthusiasm; looks like a Soldier

APFT: PASS   20110217   HEIGHT/WEIGHT: 69 / 175   YES

[X] EXCELLENCE (Exceeds std)   [ ] SUCCESS (Meets std)   [ ] NEEDS IMPROVEMENT (Some)   [ ] (Much)

o scored a 300 on the APFT; awarded the Army Physical Fitness Badge

o dedicated to ensuring personal fitness levels exceed the toughest standards

o pursues a demanding personal regiment; rigid self-discipline

**d. LEADERSHIP**
- Mission first
- Genuine concern for Soldiers
- Instilling the spirit to achieve and win
- Setting the example; Be, Know, Do

[X] EXCELLENCE (Exceeds std)   [ ] SUCCESS (Meets std)   [ ] NEEDS IMPROVEMENT (Some)   [ ] (Much)

o led and mentored a 5-man assault cell in over 40 high risk CQB scenarios which increased Detachment readiness; an impeccable Assault Force Cell Leader

o served as Assistant Operations Sergeant and flawlessly led the Detachment on multiple occasions; seamlessly transitioned into duties during split Team operations

o mentored members of his assault cell resulting in the advancement of a teammate to the Cell Leader position; encouraged initiative through training

**e. TRAINING**
- Individual and team
- Mission focused; performance oriented
- Teaching Soldiers how; common tasks, duty-related skills
- Sharing knowledge and experience to fight, survive and win

[X] EXCELLENCE (Exceeds std)   [ ] SUCCESS (Meets std)   [ ] NEEDS IMPROVEMENT (Some)   [ ] (Much)

o maintained the constant readiness of his assault cell through tough realistic training scenarios that ensured mission success of the Detachment regardless of environment

o organized, trained, and led his Team in a critical, no-notice exercise in preparation for potential in-extremis operation in Libya in support of OOD

o supervised over 20 high risk night live fire exercises utilizing non-standard demolitions in close confines; increased survivability without compromise

**f. RESPONSIBILITY & ACCOUNTABILITY**
- Care and maintenance of equipment/facilities
- Soldier and equipment safety
- Conservation of supplies and funds
- Encouraging Soldiers to learn and grow
- Responsible for good, bad, right & wrong

[X] EXCELLENCE (Exceeds std)   [ ] SUCCESS (Meets std)   [ ] NEEDS IMPROVEMENT (Some)   [ ] (Much)

o maintained 100% accountability and serviceability of over $750,000 worth of medical equipment; ensured operational ready status at all times

o provided constant mentorship to Team members to ensure the long term success of the Detachment; resulted in the successful transition of future leaders

o enforced highest standards of safety during bi-weekly live fire combat marksmanship and CQC training events; incredible ability to balance risk mitigation and realism

## PART V - OVERALL PERFORMANCE AND POTENTIAL

**a. RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

[X] AMONG THE BEST   [ ] FULLY CAPABLE   [ ] MARGINAL

**b. RATER.** List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

SFODA Operations Sergeant

SFODB Operations Sergeant

Company First Sergeant

**e. SENIOR RATER BULLET COMMENTS**

o promote to Master Sergeant now

o send to the advanced schooling to better prepare Soldier for positions of increased levels of responsibility

o unlimited potential; possesses maturity and leadership superior to his current rank

o assign only to the toughest jobs within Special Operations Command; without a doubt a future Special Forces Operations Sergeant

**c. SENIOR RATER.** Overall performance

[X] 1   [ ] 2   [ ] 3   [ ] 4   [ ] 5
Successful   Fair   Poor

**d. SENIOR RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

[X] 1   [ ] 2   [ ] 3   [ ] 4   [ ] 5
Superior   Fair   Poor

| SERVICE SCHOOL ACADEMIC EVALUATION REPORT For use of this form, see AR 623-3; the proponent agency is DCS, G-1. | | DATE (YYYYMMDD) 20070911 | | | |
|---|---|---|---|---|---|
| 1. LAST NAME - FIRST NAME - MIDDLE INITIAL GOUDREAU, JORDAN G. | | 2. SSN 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 | 3. GRADE SSG | 4. BR | 5. SPECIALTY/MOSC 18D |
| 6. COURSE TITLE SF MEDICAL SERGEANT ANCOC (011-18D40) 09-07 | | 7. NAME OF SCHOOL USAJFKSWCS NCO ACADEMY | | | 8. COMP RA |
| 9. THIS IS A REFERRED REPORT, DO YOU WISH TO MAKE COMMENTS?  ☐ YES  ☐ NO | | 10. DURATION OF COURSE (YYYYMMDD) From: 20070719   Thru: 20070911 | | | |

**11. PERFORMANCE SUMMARY**

*a. ☒ EXCEEDED COURSE STANDARDS (Limited to 20% of class enrollment)
b. ☐ ACHIEVED COURSE STANDARDS
*c. ☐ MARGINALLY ACHIEVED COURSE STANDARDS
*d. ☐ FAILED TO ACHIEVE COURSE STANDARDS

*Rating must be supported by comments in ITEM 14.

**12. DEMONSTRATED ABILITIES**

a. WRITTEN COMMUNICATION ☐ NOT EVALUATED ☐ UNSAT ☐ SAT ☒ SUPERIOR
b. ORAL COMMUNICATION ☐ NOT EVALUATED ☐ UNSAT ☐ SAT ☒ SUPERIOR
c. LEADERSHIP SKILLS ☐ NOT EVALUATED ☐ UNSAT ☐ SAT ☒ SUPERIOR
d. CONTRIBUTION TO GROUP WORK ☐ NOT EVALUATED ☐ UNSAT ☐ SAT ☒ SUPERIOR
e. EVALUATION OF STUDENT'S RESEARCH ABILITY ☐ NOT EVALUATED ☐ UNSAT ☐ SAT ☒ SUPERIOR

(SUPERIOR/UNSAT rating must be supported by comments in ITEM 14)

**13. HAS THE STUDENT DEMONSTRATED THE ACADEMIC POTENTIAL FOR SELECTION TO HIGHER LEVEL SCHOOLING/TRAINING?**
☒ YES  ☐ NO  ☐ N/A  (A "NO" response must be supported by comments in ITEM 14)

**14. COMMENTS** (This item is intended to obtain a word picture of each student that will accurately and completely portray academic performance, intellectual qualities, and communication skills and abilities. The narrative should also discuss broader aspects of the student's potential, leadership capabilities, moral and overall professional qualities. In particular, comments should be made if the student failed to respond to recommendations for improving academic or personal affairs.)

(11a) He exceeded course standards by graduating from the Advanced Noncommissioned Officer Course in the top 20% of his class. His academic average of 98.35% placed him on the Commandant's List. He exemplified the meaning of the "Be, Know, Do" attributes during the course.
(12a) His ability to communicate through writing is excellent. His high scores on all written assignments clearly show this.
(12b) His oral communication skills and ability to lead group discussions were superior. They are what would be expected from a more senior noncommissioned officer.
(12c) His exceptional technical and tactical knowledge was demonstrated throughout the course, but most notably while he was in a leadership position during the Culmination Planning Exercise. He gained the respect of both the students and cadre.
(12d) His ability to work with his peers was outstanding; his professional attitude and class participation are to be commended.
(12e) He made excellent use of research time and materials in completing all assignments during the course in a superior manner.
He received the Army Physical Fitness Badge for achieving the maximum score of 300 on the APFT, 330 on the extended scale.

PASS 0707 68/161 YES

**15. AUTHENTICATION**

| a. TYPED NAME, GRADE, BRANCH, AND TITLE OF RATER JEAN-CLAUDE J. LEBLANC, SFC, USA SMALL GROUP LEADER | DATE (YYYYMMDD) 20070910 | SIGNATURE LEBLANC.JEANCLAUDE.JOSEPH.1013109... |
|---|---|---|
| b. TYPED NAME, GRADE, BRANCH, AND TITLE OF REVIEWING OFFICER PATRICK S. FENSOM, 1SG, USA ANCOC BRANCH CHIEF | DATE (YYYYMMDD) 20070910 | SIGNATURE FENSOM.PATRICK.SCOTT.104781191... |
| c. DATE (YYYYMMDD) 20070911 | SIGNATURE OF RATED SOLDIER GOUDREAU.JORDAN.GUYMACDONAL.1245808499 | |

DA FORM 1059, MAR 2006             PREVIOUS EDITIONS ARE OBSOLETE.             APD PE v1.00ES



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 3rd BATTALION (AIRBORNE)
1st SPECIAL WARFARE TRAINING GROUP (AIRBORNE)
UNITED STATES ARMY JOHN F. KENNEDY
SPECIAL WARFARE CENTER AND SCHOOL
FORT BRAGG, NORTH CAROLINA 28307-5000

REPLY TO
ATTENTION OF:

AOJK-GPC                                           16 December 2005

MEMORANDUM FOR SGT Jordan G. Goudreau, 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, C Company, 3rd Battalion, 1st Special Warfare Training Group (Airborne), United States Army John F. Kennedy Special Warfare Center and School, Fort Bragg, North Carolina 28310

SUBJECT: Letter of Commendation

1. It is a pleasure to commend you for your exceptional academic performance during the Arabic, Special Operations Language Training Course, Class 503-05. Your academic excellence in achieving an overall grade point average of 95.00 percent has earned you the title of class Honor Graduate.

2. While attending this course, you achieved academic excellence and served as a positive example to your classmates. This enthusiasm and willingness to master the target language has clearly set you apart from your fellow students.

3. Congratulations and I wish you continued success in the pursuit of your military career.

WILLIAM C. BUTCHER
LTC, IN
Commanding

# NCO EVALUATION REPORT

For use of this form, see AR 623-3; the proponent agency is DCS, G-1.

FOR OFFICIAL USE ONLY (FOUO) SEE PRIVACY ACT STATEMENT IN AR 623-3.

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|
| GOUDREAU, JORDAN G. | 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 | SSG | 20051101 | 18D3V00AD |

| f.1. UNIT  ORG.  STATION  ZIP CODE OR APO | MAJOR COMMAND | f.2. STATUS CODE | g. REASON FOR SUBMISSION |
|---|---|---|---|
| A Co, 1st BN, 5th SFG(A), Ft. Campbell, KY 42223 | USASOC | 03 | Change of Rater |

| h. PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO'S EMAIL ADDRESS (.gov or .mil) | m. UIC | n. CMD CODE | o. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM YEAR MONTH DAY | THRU YEAR MONTH DAY | | | | | | | |
| 20060422 | 20070421 | 10 | S | 0 | jordan.goudreau@us.army.mil | WH04A0 | SP | UA22 |

## PART II - AUTHENTICATION

| a. NAME OF RATER | SSN | SIGNATURE | DATE |
|---|---|---|---|
| PEDEN, ALEXANDER M. | 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 | /s/ | 15 AUG 2007 |
| RANK: MSG  PMOSC/BRANCH: 18Z5W  ORGANIZATION: A Co, 1st BN, 5th SFG(A)  DUTY ASSIGNMENT: Det. Ops. Sergeant  RATER'S AKO EMAIL: alexander.peden@us.army.mil | | | |

| b. NAME OF SENIOR RATER | SSN | SIGNATURE | DATE |
|---|---|---|---|
| COPPAGE, KELLY J. | 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 | /s/ | 15 AUG 2007 |
| RANK: CPT  PMOSC/BRANCH: SF  ORGANIZATION: A Co, 1st BN, 5th SFG(A)  DUTY ASSIGNMENT: Det. Commander  SENIOR RATER'S AKO EMAIL: kelly.j.coppage@us.army.mil | | | |

| c. NAME OF REVIEWER | SSN | SIGNATURE | DATE |
|---|---|---|---|
| GONNELLA, JOSEPH | 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 | /s/ | 15 AUG 2007 |
| RANK: MAJ  PMOSC/BRANCH: SF  ORGANIZATION: A Co, 1st BN, 5th SFG(A)  DUTY ASSIGNMENT: Co. Commander  REVIEWER'S AKO EMAIL: joseph.gonnella@us.army.mil | | | |

d. [X] CONCUR WITH RATER AND SENIOR RATER EVALUATIONS    [ ] NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments)

e. RATED NCO: I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. I further understand my signature verifies that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct. I have seen the completed report. I am aware of the appeals process of AR 623-3.

SIGNATURE: ___    DATE (YYYYMMDD): ___

## PART III - DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE: Special Forces Medical Sergeant
b. DUTY MOSC: 18D3W

c. DAILY DUTIES AND SCOPE (To include, as appropriate, people, equipment, facilities and dollars)
Performs duties as an Assault Cell member on a 36 man Assault Element designated as the Combatant Commander's In-Extremis Force (CCIF); responsible for the health and operational readiness of 52 US soldiers and the accountability of over $500,000 worth of Element medical equipment and controlled medications; conducts Special Operations in permissive, uncertain, denied, or politically sensitive areas throughout the USCENTCOM AOR; specializes in Close Quarters Battle (CQB) and Personnel Recovery (PR); advises and trains friendly foreign elements in all aspects of CQB.

d. AREAS OF SPECIAL EMPHASIS
Operation IRAQI FREEDOM; Pre-SFARTAETC instructor

e. APPOINTED DUTIES
Range OIC and Safety Officer,

f. COUNSELING DATES
INITIAL: 20060630   LATER: 20060930   LATER: 20061231   LATER: 20070330

## PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS (Rater)

a. ARMY VALUES. Check either "YES" or "NO". (Bullet Comments are mandatory. Substantive bullet comments are required for "NO" entries.)

| # | VALUE | YES | NO |
|---|---|---|---|
| 1 | LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and other soldiers. | X | |
| 2 | DUTY: Fulfills their obligations. | X | |
| 3 | RESPECT/EO/EEO: Treats people as they should be treated. | X | |
| 4 | SELFLESS-SERVICE: Puts the welfare of the nation, the Army, and subordinates before their own. | X | |
| 5 | HONOR: Lives up to all the Army values. | X | |
| 6 | INTEGRITY: Does what is right - legally and morally. | X | |
| 7 | PERSONAL COURAGE: Faces fear, danger, or adversity (physical and moral). | X | |

Bullet comments
o loyalty and duty to the United States are unquestionable

o demonstrated bravery and valor during combat operations on numerous occasions

o personal integrity and moral values are beyond reproach

DA FORM 2166-8, MAR 2006    PREVIOUS EDITIONS ARE OBSOLETE.    Page 1 of 2
APD PE_v4.00ES

| RATED NCO'S NAME (Last, First, Middle Initial) | SSN | THRU DATE |
|---|---|---|
| GOUDREAU, JORDAN G. | 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 | 20070421 |

## PART IV (Rater) - VALUES/NCO RESPONSIBILITIES

*Bullet comments are mandatory. Substantive bullet comments are required for "EXCELLENCE" or "NEEDS IMPROVEMENT."*

**b. COMPETENCE**
- Duty proficiency; MOS competency
- Technical & tactical; knowledge, skills, and abilities
- Sound judgment
- Seeking self-improvement; always learning
- Accomplishing tasks to the fullest capacity; committed to excellence

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

- o chosen above 51 other Senior NCO's to be the Assault Element lead navigator utilizing a new computerized navigation system
- o planned, led, and executed 52 high risk, Direct Action raids resulting in 12 EKIA, 91 high value Al Qaeda leaders captured, and 22 enemy vehicles captured or destroyed
- o maintained the unit TACLAN system and monitored unit OPSEC

**c. PHYSICAL FITNESS & MILITARY BEARING**
- Mental and physical toughness
- Endurance and stamina to go the distance
- Displaying confidence and enthusiasm; looks like a soldier

APFT: PASS   20070115   HEIGHT/WEIGHT: 69 / 165   YES

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

- o scored 372 on the extended scale APFT, awarded the Army Physical Fitness Badge
- o without question the most physically fit member of the entire SF Company
- o member of the team which won the annual Detachment Iron Man competition

**d. LEADERSHIP**
- Mission first
- Genuine concern for soldiers
- Instilling the spirit to achieve and win
- Setting the example; Be, Know, Do

EXCELLENCE (Exceeds std) [ ]   SUCCESS (Meets std) [X]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

- o planned and led all navigation during mounted and dismounted combat operations and ensured that the assault force arrived at the objective on time
- o designed a Detachment PT program which improved PT scores by 12% over the year
- o sets the example for all to follow, led the team in all physical fitness activities

**e. TRAINING**
- Individual and team
- Mission focused; performance oriented
- Teaching soldiers how; common tasks, duty-related skills
- Sharing knowledge and experience to fight, survive and win

EXCELLENCE (Exceeds std) [X]   SUCCESS (Meets std) [ ]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

- o graduated from the demanding Special Forces Advanced Reconaissance, Target Analysis and Exploitation Techniques Course at Ft. Bragg
- o trained 12 US soldiers on the Falcon View navigation system resulting in enhanced capabilities for the entire unit
- o trained a conventional US Armor Company in combat medicine and emergency battlefield care resulting in enhanced readiness for the unit

**f. RESPONSIBILITY & ACCOUNTABILITY**
- Care and maintenance of equipment/facilities
- Soldier and equipment safety
- Conservation of supplies and funds
- Encouraging soldiers to learn and grow
- Responsible for good, bad, right & wrong

EXCELLENCE (Exceeds std) [ ]   SUCCESS (Meets std) [X]   NEEDS IMPROVEMENT (Some) [ ] (Much) [ ]

- o maintained accountability of over $500,000 worth of unit medical equipment and controlled medications during the Command Inventory
- o enforced rigorous safety standards during 25 live fire CQB ranges resulting in zero injuries to US soldiers
- o managed all detachment readiness records and deployment files for 26 Special Forces soldiers resulting in all soldiers ready for deployment

## PART V - OVERALL PERFORMANCE AND POTENTIAL

**a. RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

AMONG THE BEST [X]   FULLY CAPABLE [ ]   MARGINAL [ ]

**b. RATER.** List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

SFODA Intelligence Sergeant
SWC Instructor
Headquarters Company Operations Sergeant

**e. SENIOR RATER BULLET COMMENTS**
- o promote to Sergeant First Class now
- o send to ANCOC immediately
- o very astute NCO, will make an outstanding SFODA Intelligence Sergeant
- o very competent, dedicated to the Army and Special Forces Mission, place in positions of increased responsibility
- o NCO unavailable for signature

**c. SENIOR RATER.** Overall performance: 1 [ ] 2 [X] 3 [ ] 4 Fair [ ] 5 Poor [ ] (Successful)

**d. SENIOR RATER.** Overall potential for promotion and/or service in positions of greater responsibility: 1 Superior [ ] 2 [X] 3 [ ] 4 Fair [ ] 5 Poor [ ]

| SERVICE SCHOOL ACADEMIC EVALUATION REPORT For use of this form, see AR 623-1; the proponent agency is MILPERCEN. | | | DATE 21 APRIL 2006. | |
|---|---|---|---|---|
| 1. LAST NAME - FIRST NAME - MIDDLE INITIAL GOUDREAU, JORDAN G. | 2. SSN 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 | 3. GRADE SSG | 4. BR | 5. SPECIALTY/MOSC 18D |
| 6. COURSE TITLE SF MED SGT CRS & BNCOC (18D30) SFQC 4-05 | 7. NAME OF SCHOOL USAJFKSWCS, FORT BRAGG, NC 28310-5200 | | | 8. COMP RA |
| 9. TYPE OF REPORT ☒ RESIDENT ☐ NONRESIDENT | 10. PERIOD OF REPORT (Year, month, day) From: 04 06 21  Thru: 06 04 21 | 11. DURATION OF COURSE (Year, month, day) From: 04 11 08  Thru: 06 03 03 | | |
| 12. EXPLANATION OF NONRATED PERIODS | | | | |

### 13. PERFORMANCE SUMMARY
*a. ☒ EXCEEDED COURSE STANDARDS  *(Limited to 20% of class enrollment)*
b. ☐ ACHIEVED COURSE STANDARDS
*c. ☐ MARGINALLY ACHIEVED COURSE STANDARDS
*d. ☐ FAILED TO ACHIEVE COURSE STANDARDS
*Rating must be supported by comments in ITEM 16.

### 14. DEMONSTRATED ABILITIES
a. WRITTEN COMMUNICATION  ☐ NOT EVALUATED  ☐ UNSAT  ☐ SAT  ☒ SUPERIOR
b. ORAL COMMUNICATION  ☐ NOT EVALUATED  ☐ UNSAT  ☐ SAT  ☒ SUPERIOR
c. LEADERSHIP SKILLS  ☐ NOT EVALUATED  ☐ UNSAT  ☐ SAT  ☒ SUPERIOR
d. CONTRIBUTION TO GROUP WORK  ☐ NOT EVALUATED  ☐ UNSAT  ☐ SAT  ☒ SUPERIOR
e. EVALUATION OF STUDENT'S RESEARCH ABILITY  ☒ NOT EVALUATED  ☐ UNSAT  ☐ SAT  ☐ SUPERIOR
*(SUPERIOR/UNSAT rating must be supported by comments in ITEM 16)*

### 15. HAS THE STUDENT DEMONSTRATED THE ACADEMIC POTENTIAL FOR SELECTION TO HIGHER LEVEL SCHOOLING/TRAINING?
☒ YES   ☐ NO   ☐ N/A  *(A "NO" response must be supported by comments in ITEM 16)*

### 16. COMMENTS
*(This item is intended to obtain a word picture of each student that will accurately and completely portray academic performance, intellectual qualities, and communication skills and abilities. The narrative should also discuss broader aspects of the student's potential, leadership capabilities, moral and overall professional qualities. In particular, comments should be made if the student failed to respond to recommendations for improving academic or personal affairs)*

13a,14a,b,c,d. SSG Goudreau demonstrated excellent performance throughout the entire Special Forces Medical Sergeant Course which resulted in his selection to the Commandant's List. In Phase 2, he was certified in all aspects of Small Unit Tactics. In Phase 3, he completed a physically and mentally demanding and challenging course, learning all aspects of special operations medicine. Areas covered include: Certifying as a Nationally Registered Emergency Medical Technician-Paramedic; Preventive medicine; Veterinary skills; Dentistry; Medical subjects; Combat Trauma Management; Anesthesia; Basic surgery; and one month of clinical rotations in military hospitals gaining hands-on experience in many areas of medicine likely to be covered during OCONUS missions throughout the world. He also learned tactics and techniques of Unconventional Warfare. In Phase 4 this training culminated in his certification as a Special Forces Medical Sergeant during the Robin Sage guerrilla warfare field training exercise. His superior leadership abilities significantly contributed to group work and mission accomplishment. He displayed superior written and oral communication skills. His cumulative GPA for the course was 92.50%. He also completed the Basic Noncommissioned Officer Course (BNCOC) as part of his Special Forces training. He met all Army and Special Warfare Center standards in order to qualify as a Special Forces Medical Sergeant. He will be an asset to any Special Operations unit to which he is assigned.

SSG Goudreau completed the Special Operations Language Training (SOLT) Arabric Course, Class 503-05 from 11 July 2005 to 16 December 2005.

SSG Goudreau completed the Survival, Evasion, Resistance and Escape (SERE) level C course, Class 012-06 from 27 March 2006 to 14 April 2006.

69/170 YES 0511 PASS

### 17. AUTHENTICATION
a. TYPED NAME, GRADE, BRANCH, AND TITLE OF PREPARING OFFICER
MARK E. LEVINE, SFC, 18D TAC
D CO, SPT BN, 1ST SWTG(A), USAJFKSWCS

b. TYPED NAME, GRADE, BRANCH, AND TITLE OF REVIEWING OFFICER
MAXIMINO RAMOS, 1SG, USA
D CO, SPT BN, 1ST SWTG(A), USAJFKSWCS

### 18. MILITARY PERSONNEL OFFICER
a. FORWARDING ADDRESS *(Rated student)*
14505 GILPIN RD
SILVER SPRING, MD 20906

b. DISTRIBUTION  DSN 239-8519  1527
☐ STUDENT   ☐ UNIT CDR *(P/B NCOES only)*
☐ STUDENT'S OFFICIAL MILITARY RECORDS

DA FORM 1059, NOV 77   EDITION OF 1 JUL 73 IS OBSOLETE.   USAPPC V3.00