# RENTAL SALES RECEIPT

Receipt # 163829  
Payment Date: 02/15/23  
Household: 11145

Outdoor Recreation  
9909 Marina Bay Dr  
Tampa, FL  33621  
Phone: (813)840-6919

Jodan Guy Macdonal Goudreau  
4150 Dow Rd STE 104  
Melbourne FL  32934  
lionneck007@gmail.com

Home Phone: (910)758-3439

**Rental Reservation Updated: 07-SITE140 (full hookup site 140)**

| | | New Fees | Total Fees | New Paid | Total Paid | Amount Due |
|---|---|---|---|---|---|---|
| Reserv. Number: | 43870 | 316.00 | 680.00 | 316.00 | 680.00 | 0.00 |
| Rental Days: | 30 | | | | | |
| Rental Status: | In | | | | | |
| Quantity: | 1 | | | | | |
| Member Name: | Jodan Guy Macdonal Goudreau | | | | | |
| Rental Period: | Wed 02/01/2023 @ 11:00 to Fri 03/03/2023 @ 11:00 | | | | | |

Rental Comments: Renting Party is responsible for any damage to rental equipment and site. Applicants Release of Liability, Promise for indemnification, promise to Hold-Harmless, and covenant not to claim or sue: all liability related to the following claims, damage to personal property.(OI) 34-110-4 Para 9.2 The United States Government accepts no liability for damage to any personal property if such damage is the result of circumstances beyond the governments control.  Claims can be filed at the MacDill AFB legal office.

Guest will be subject to a late fee ($50) when rent is not paid on due date. You are responsible for verifying Autopay payment withdraws with the FamCamp Office and your bank.  All Patrons are responsible for their Recreational Vehicle and lawn area surrounding their site. All RV's must be equipped with a surge/Voltage protector before connecting to USAF power. Grass around your RV must stay short and tidy (Lawn mowers and Weed Eater are provided for you at the FamCamp Office). If you will be leaving for a few days  (or PCSing), you must designate someone that will be responsible over your RV and site surroundings (this includes finding someone to mow your lawn while you are gone). Please notify Office if you will be away. Only 2 Vehicles per site are allowed and must be parked in Front of your RV. All pets must always be on a 6-foot leash and cannot be left outside unattended. All Kayaks or large items must be stored under your RV. Only a small welcome mat is allowed on your site (no pavers, no rugs or large breathable mats are allowed). Children under 10 yrs. of age must always be attended to by an adult. Any Utility vehicles, boats or jet skis must be registered and charged a storage fee with the FamCamp office. I

JOIN OUR TEXT MESSAGE SERVICE TO STAY INFORMED WITH EVERYTHING FAMCAMP. JUST TEXT THE WORD "FAMCAMP" TO THE NUMBER 833-533-2465, AND FOLLOW THE PROPTS AFTER.

| Fee Details: | Fee Description | Amount | Count | Discount | Sales Tax | Total Fee |
|---|---|---|---|---|---|---|
| | Current High Season Monthly Rate | 680.00 | 1.00 | 0.00 | 0.00 | 680.00 |

Special Questions: Reservation Comments:  
Reservation Maintenance Comments:

Processed on 02/15/23 @ 10:18 by BT

| | |
|---|---|
| Total New Fees | 316.00 |
| Discount Applied | 0.00 |
| **Total Due** | **316.00** |
| Total Fees Paid | 316.00 |
| **Total Paid** | **316.00** |

|  |  |
|---|---|
| **Receipt #** | **163829** |
| Payment Date: | 02/15/2023 |
| Household: | 11145 |

---

## Household Balance Information
**Overall Household Balance Due**                           0.00

---

Payment of: 316.00 Made By:CREDIT CARD Auth:   Card#: xxxxxxxxxxxx  With Reference: 8703
Payment of: 364.00 Made By: Credit Balance

# RENTAL SALES RECEIPT

Receipt # **167375**
Payment Date: 03/09/23
Household: 11145

Outdoor Recreation
9909 Marina Bay Dr
Tampa, FL  33621
Phone: (813)840-6919

Jodan Guy Macdonal Goudreau
4150 Dow Rd STE 104
Melbourne FL  32934
lionneck007@gmail.com

Home Phone:(910)758-3439

---

**Rental Reservation Details: 07-SITE140 (full hookup site 140)**

| | | New Fees | Total Fees | New Paid | Total Paid | Amount Due |
|---|---|---|---|---|---|---|
| Reserv. Number: | 44962 | 680.00 | 680.00 | 680.00 | 680.00 | 0.00 |
| Rental Days: | 27 | | | | | |
| Rental Status: | In | | | | | |
| Quantity: | 1 | | | | | |
| Member Name: | Jodan Guy Macdonal Goudreau | | | | | |
| Rental Period: | Fri 03/03/2023 @ 11:00 to Thu 03/30/2023 @ 11:00 | | | | | |

Rental Comments:   Renting Party is responsible for any damage to rental equipment and site. Applicants Release of Liability, Promise for indemnification, promise to Hold-Harmless, and covenant not to claim or sue: all liability related to the following claims, damage to personal property.(OI) 34-110-4 Para 9.2 The United States Government accepts no liability for damage to any personal property if such damage is the result of circumstances beyond the governments control.  Claims can be filed at the MacDill AFB legal office.

Guest will be subject to a late fee ($50) when rent is not paid on due date. You are responsible for verifying Autopay payment withdraws with the FamCamp Office and your bank.  All Patrons are responsible for their Recreational Vehicle and lawn area surrounding their site. All RV's must be equipped with a surge/Voltage protector before connecting to USAF power. Grass around your RV must stay short and tidy (Lawn mowers and Weed Eater are provided for you at the FamCamp Office). If you will be leaving for a few days  (or PCSing), you must designate someone that will be responsible over your RV and site surroundings (this includes finding someone to mow your lawn while you are gone). Please notify Office if you will be away. Only 2 Vehicles per site are allowed and must be parked in Front of your RV. All pets must always be on a 6-foot leash and cannot be left outside unattended. All Kayaks or large items must be stored under your RV. Only a small welcome mat is allowed on your site (no pavers, no rugs or large breathable mats are allowed). Children under 10 yrs. of age must always be attended to by an adult. Any Utility vehicles, boats or jet skis must be registered and charged a storage fee with the FamCamp office. I

JOIN OUR TEXT MESSAGE SERVICE TO STAY INFORMED WITH EVERYTHING FAMCAMP. JUST TEXT THE WORD "FAMCAMP" TO THE NUMBER 833-533-2465, AND FOLLOW THE PROPTS AFTER.

| Fee Details: | Fee Description | Amount | Count | Discount | Sales Tax | Total Fee |
|---|---|---|---|---|---|---|
| | Current High Season Monthly Rate | 680.00 | 1.00 | 0.00 | 0.00 | 680.00 |

Special Questions:   Reservation Comments:
Reservation Maintenance Comments:

---

Processed on 03/09/23 @ 10:13 by JRF

| | |
|---|---|
| Total New Fees | 680.00 |
| Discount Applied | 0.00 |
| **Total Due** | **680.00** |
| Total Fees Paid | 680.00 |
| **Total Paid** | **680.00** |

|  |  |
|---|---|
| **Receipt #** | **167375** |
| Payment Date: | 03/09/2023 |
| Household: | 11145 |

## Household Balance Information
**Overall Household Balance Due**     0.00

Payment of: 680.00 Made By:CREDIT CARD Auth:   Card#: xxxxxxxxxxxx  With Reference: 8703

# RENTAL SALES RECEIPT

Receipt # **171030**
Payment Date: 03/30/23
Household: 11145

Outdoor Recreation
9909 Marina Bay Dr
Tampa, FL  33621
Phone: (813)840-6919

Jordan Guy Macdonal Goudreau
4150 Dow Rd STE 104
Melbourne FL  32934
lionneck007@gmail.com

Home Phone (910)758-3439

**Rental Reservation Details: 12-TempStorage056 (Temp Storage space 56)**

| | | New Fees | Total Fees | New Paid | Total Paid | Amount Due |
|---|---|---|---|---|---|---|
| Reserv. Number: | 45734 | 70.20 | 70.20 | 70.20 | 70.20 | 0.00 |
| Rental Days: | 31 | | | | | |
| Rental Status: | In | | | | | |
| Quantity: | 1 | | | | | |
| Member Name: | Jordan Guy Macdonal Goudreau | | | | | |
| Rental Period: | Thu 03/30/2023 @ 11:00 to Sun 04/30/2023 @ 11:00 | | | | | |

Rental Comments: You are responsible for verifying Autopay payment withdraws with the FamCamp Office and your bank.  Any late payments you are responsible for. A fee of $2 per day will be applied if occupant is delinquent on scheduled rent due date, or if credit card is declined in Auto pay system. All Patrons are responsible for their recreational vehicle, utility trailer, tow dolly, boat, or small water craft's upkeep and aesthetic appearance. This means they should be frequently coming out to check on their item in storage or wet slip. Any abandoned or delinquent/unpaid payment items (RVs, utility vehicles, tow dollies, small water crafts, Boats) in our storage lots or wet slip will be disposed of. Therefore, you are responsible for keeping in contact with the FamCamp office with updated information (email address, phone number, credit card, new insurance and registration).(OI) 34-110-4 Para 9.2 The United States Government accepts no liability for damage to any personal property if such damage is the result of circumstances beyond the governments control. If you want to terminate your storage/wet slip and stop auto-payment you must fill out a termination form at the FamCamp office. Storage spots and wet slips cannot be transferred over to another person. This means if you are selling your item, the item must be removed from that spot upon the date of the termination form. If the sold item has not been removed after the termination form was signed, we will continue to charge you or dispose of the item.

| Fee Details: | Fee Description | Amount | Count | Discount | Sales Tax | Total Fee |
|---|---|---|---|---|---|---|
| | Current Daily Storage Fee - $1.95 Per Foot Per day | 2.70 | 26.00 | 0.00 | 0.00 | 70.20 |

Special Questions: Reservation Comments:
Reservation Maintenance Comments:

| Processed on 03/30/23 @ 12:02 by JRF | Total New Fees | 70.20 |
|---|---|---|
| | Discount Applied | 0.00 |
| | **Total Due** | **70.20** |
| | Total Fees Paid | 70.20 |
| | **Total Paid** | **70.20** |

**Household Balance Information**
**Overall Household Balance Due**          0.00

Payment of: 70.20 Made By:CREDIT CARD Auth:   Card#: xxxxxxxxxxxx  With Reference: 8703

Page # 1 of 1