**Marissel Descalzo**

| | |
|---|---|
| **From:** | Jordan Goudreau <lionneck007@googlemail.com> |
| **Sent:** | Sunday, August 18, 2024 9:37 AM |
| **To:** | Marissel Descalzo; Diana McKeon |
| **Subject:** | Fwd: [2-5272000033347] Notification From Google |

---------- Forwarded message ---------
From: <usernotice@google.com>
Date: Thu, Nov 3, 2022 at 11:52 AM
Subject: [2-5272000033347] Notification From Google
To: <usernotice-noreply@google.com>



Dear Google User,

Google received and responded to legal process issued by the Federal Bureau of Investigation compelling the release of information related to your Google account. A court order previously prohibited Google from notifying you of the legal process. We are now permitted to disclose the receipt of the legal process to you. The agency reference number or case number on the legal process is 8:20MJ1472SPF.

For more information about how Google handles legal process, view our transparency report at http://www.google.com/transparencyreport/userdatarequests/legalprocess/.

Google is not in a position to provide you with legal advice or discuss the substance of the legal process. If you have other questions regarding this matter, you may wish to contact an attorney.

Reply directly to this email in any further communications regarding this matter. Any communications not sent as a direct reply to this email must contain the subject line "Attention Google Legal Investigations Support," reference the case identification number, and be sent to usernotice@google.com in order to ensure the appropriate routing and processing.

Regards,
Legal Investigations Support
Google LLC

You received this announcement to update you about important information in regards to your Google account.
© 2021 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

**Marissel Descalzo**

| | |
|---|---|
| **From:** | Jordan Goudreau <lionneck007@googlemail.com> |
| **Sent:** | Sunday, August 18, 2024 9:37 AM |
| **To:** | Marissel Descalzo; Diana McKeon |
| **Subject:** | Fwd: [0-9525000033783] Notification From Google |

---------- Forwarded message ---------
From: <usernotice@google.com>
Date: Thu, Feb 2, 2023 at 3:57 PM
Subject: [0-9525000033783] Notification From Google
To: <usernotice-noreply@google.com>



Dear Google User,

Google received and responded to the legal process issued by the Federal Bureau of Investigation compelling the release of information related to your Google account. A court order previously prohibited Google from notifying you of the legal process. We are now permitted to disclose the receipt of the legal process to you. The agency reference number or case number on the legal process is 2020R00909-018.

For more information about how Google handles legal processes, view our transparency report at http://www.google.com/transparencyreport/userdatarequests/legalprocess/.

Google is not in a position to provide you with legal advice or discuss the substance of the legal process. If you have other questions regarding this matter, you may wish to contact an attorney.

Reply directly to this email in any further communications regarding this matter. Any communications not sent as a direct reply to this email must contain the subject line "Attention Google Legal Investigations Support," reference the case identification number, and be sent to usernotice@google.com in order to ensure the appropriate routing and processing.

Regards,
Legal Investigations Support
Google LLC

You received this announcement to update you about important information in regards to your Google account.
© 2021 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

1

**Marissel Descalzo**

---

**From:** Jordan Goudreau <lionneck007@googlemail.com>
**Sent:** Sunday, August 18, 2024 9:38 AM
**To:** Marissel Descalzo; Diana McKeon
**Subject:** Fwd: [8-9761000033578] Notification From Google


---------- Forwarded message ---------
From: <usernotice@google.com>
Date: Wed, Jun 28, 2023 at 4:31 PM
Subject: [8-9761000033578] Notification From Google
To: <usernotice-noreply@google.com>



Dear Google User,

Google received and responded to a legal process issued by the Federal Bureau of Investigation compelling the release of information related to your Google account. A court order previously prohibited Google from notifying you of the legal process. We are now permitted to disclose the receipt of the legal process to you. The agency reference number or case number on the legal process is 8:20-mj-1491 AEP.

For more information about how Google handles legal processes, view our transparency report at http://www.google.com/transparencyreport/userdatarequests/legalprocess/.

Google is not in a position to provide you with legal advice or discuss the substance of the legal process. If you have other questions regarding this matter, you may wish to contact an attorney.

Reply directly to this email in any further communications regarding this matter. Any communications not sent as a direct reply to this email must contain the subject line "Attention Google Legal Investigations Support," reference the case identification number, and be sent to usernotice@google.com in order to ensure the appropriate routing and processing.

Regards,
Legal Investigations Support
Google LLC

You received this announcement to update you about important information in regards to your Google account.
© 2023 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

# Marissel Descalzo

| | |
|---|---|
| **From:** | Jordan Goudreau <lionneck007@googlemail.com> |
| **Sent:** | Sunday, August 18, 2024 9:36 AM |
| **To:** | Marissel Descalzo; Diana McKeon |
| **Subject:** | Fwd: Notice of Receipt of Legal Process |
| **Attachments:** | GJ_074_Adobe_User Notice.pdf |

---------- Forwarded message ---------
From: **adobe legal compliance** <legalcom@adobe.com>
Date: Fri, Jan 14, 2022 at 5:17 PM
Subject: Notice of Receipt of Legal Process
To: lionneck007@gmail.com <lionneck007@gmail.com>

Hello,

We have received and responded to the attached legal process, which sought access to information about your Adobe account. Since we received a delayed notice order from the court, we were not allowed by law to tell you about this at the time we received it. We are telling you now because the delayed notice order we received has expired.

Sincerely,

The Adobe Trust & Safety Team

# UNITED STATES DISTRICT COURT
for the
# Middle District of Florida

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

To: Adobe Inc.
Attn: Custodian of Records, 601 Townsend Street, San Francisco, CA 94103

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court - Tampa<br>801 North Florida Ave., 4th Floor, Room 4A, Tampa, FL 33602 | Date and Time:<br><br>June 17, 2020 09:30 AM   Date and time subject to change. |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

In lieu of personal appearance before the Grand Jury, documents may be returned to the agent listed on the attachment before the scheduled appearance. An executed Declaration of Authentication of Business Records (form enclosed) must be returned with responsive records. PLEASE PROVIDE RECORDS IN ELECTRONIC FORMAT.

If you have any questions regarding this subpoena, please contact the agent identified on the attachment.

Date: May 26, 2020

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Daniel George, AUSA
400 North Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000
daniel.george@usdoj.gov