UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-CR-330-VHC/CPT

UNITED STATES OF AMERICA,

v.

JORDAN GUY MACDONALD GOUDREAU,

    Defendant.
_____/

**DECLARATION OF JENNIFER GATIEN**

1. My name is Jennifer Gatien. I am over 18 years old and I am a United States citizen.

2. I have personal knowledge of the matters and things set forth herein.

3. I met Jordan Macdonald Goudreau on May 8, 2020.

4. I am a filmmaker and have made over 20 feature films.

5. I have worked with Jordan on a film for the past four years.

6. I consider Jordan a close friend.

7. I am willing to be a co-signor on Jordan's bond.

8. I am willing to provide the collateral for Jordan's bond.

9. I am willing to serve as a custodian of Jordan while he is on pre-trial release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>21st</u>, August 2024.

_____
JENNIFER GATIEN