UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-CR-330-VHC/CPT

UNITED STATES OF AMERICA,

v.

JORDAN GUY MACDONALD GOUDREAU,

    Defendant.
_____/

### DECLARATION OF RYAN REEVES

1. My name is Ryan Reeves. I am over 18 years old and I am a United States citizen.
2. I have personal knowledge of the matters and things set forth herein.
3. I met Jordan Macdonald Goudreau in the military. We served together in Afghanistan.
4. Like Jordan, I am a Special Forces Green Beret.
5. I consider Jordan to be my brother.
6. I live in Florida with my wife and 8-year-old daughter.
7. I am willing to be a co-signor on Jordan's bond.
8. I am willing to serve as a custodian of Jordan while he is on pre-trial release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 21, August 2024.

                                                      RYAN REEVES