UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-CR-330-VHC/CPT

UNITED STATES OF AMERICA,

v.

JORDAN GUY MACDONALD GOUDREAU,

    Defendant.
_____/

## MOTION TO SEAL

Jordan Guy MacDonald Goudreau, by and through undersigned counsel, respectfully request that Exhibits 1 and 2 of Mr. MacDonald Goudreau's Response in Opposition to Government's Motion for Revocation of the Release Order [D.E. 41] be SEALED until the end of this case, because these exhibits contain Personal Identification Information.

Undersigned counsel has conferred with counsel for the government and confirmed the government does not oppose relief requested.

Date: August 22, 2024

                                                Respectfully submitted,

                                                TACHE, BRONIS AND DESCALZO, P.A.
                                                150 S.E. 2 Avenue, Suite 600
                                                Miami, Florida 33131
                                                Telephone:  (305) 537-9565
                                                Facsimile:   (305) 537-9567

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**
Florida Bar. No. 669318
mdescalzo@tachebronis.com
service@tachebronis.com
*Counsel for Jordan Guy MacDonald Goudreau*

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this 22nd day of August, 2024, the foregoing was electronically transmitted via the Court's CM/ECF system.

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**