UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,  Case No. 8:24-cr-330-VMC-CPT

Plaintiff, ☐
Government ☒    ☐ Evidentiary
                ☐ Trial
                ☒ Other

v.

JORDAN GUY MACDONALD GOUDREAU

Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | USAO SDNY Press Release re Cliver Alcala Cordones |
| 2 | | | | Judgment, US v. Cliver Alcala Cordones, SDNY, Case No. 1:S3 11 Cr 00205-04, April 8, 2024 |
| 3 | | | | Reports of Interview, July 31, 2024 |
| 4 | | | | HSI Report of encounter and interview with Jordan Goudreau, April 1, 2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |