UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                CASE NO. 8:24-cr-330-VMC-CPT

JORDAN GUY MACDONALD GOUDREAU and
YACSY ALEXANDRA ALVAREZ MIRABAL

**UNITED STATES' PLEADING REGARDING
MOTION FOR REVOCATION OF BOND**

The United States, through undersigned counsel, respectfully submits this pleading as directed by the Court at the September 4, 2024 hearing on the government's motion for revocation of bond.

At 4:30 p.m. on August 23, 2024, AUSA Daniel Marcet and I spoke with defense counsel Andrew Feldman and Marissel Descalzo via teleconference. Counsel discussed the unavailability of government counsel of record for the September 4, 2024 hearing, as well as the government's position as to the defendant's bond, among other things. During the teleconference, I stated to defense counsel that at that time, the government did not intend to rely on information not contained within the government's motion and exhibits, but if additional information was going to be presented to the Court, those exhibits would be shared with defense counsel before the hearing.

On Friday, August 30, I informed the Court and defense counsel that another AUSA would be present at the hearing on behalf of the government, as AUSA Marcet and I were scheduled to be in trial on another matter in Case No. 22-

cr-259-WFJ-AEP.

On the evening of September 3, AUSA Krigsman, in preparation for the hearing the next day, gathered information that was responsive to representations made in the defendant's response to the government's motion (Doc. 41), including relating to the defendant's close relationship with Cliver Alcala, the strength of the evidence against the defendant, and the suitability of Jen Gatien—the custodian whom the defendant had identified as a co-signator of his $2 million bond and with whom he would reside while on home detention in New York City. AUSA Krigsman provided copies of the exhibits to defense counsel in person approximately twenty minutes before the start of the hearing on September 4.

At approximately 8:00 p.m. on September 3, AUSA Krigsman had informed me that she was planning to introduce a limited number of documents at the hearing the next day. I inadvertently did not advise AUSA Krigsman of my conversation with defense counsel on August 23. I sincerely apologize to the Court and defense counsel for my failure to relay this conversation to AUSA Krigsman.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Risha Asokan*
      RISHA ASOKAN
      Assistant United States Attorney
      Florida Bar No. 1003398
      400 N. Tampa Street, Suite 3200

        Tampa, Florida 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: risha.asokan2@usdoj.gov

U.S. v. Goudreau, et al.                    Case No. 8:24-cr-330-VMC-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

> /s/ Risha Asokan
> RISHA ASOKAN
> Assistant United States Attorney
> Florida Bar No. 1003398
> 400 N. Tampa Street, Suite 3200
> Tampa, Florida 33602-4798
> Telephone: (813) 274-6000
> Facsimile: (813) 274-6358
> E-mail: risha.asokan2@usdoj.gov