UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                CASE NO. 8:24-cr-330-VMC-CPT

JORDAN GUY MACDONALD GOUDREAU

## JOINT STATUS REPORT

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of September 16, 2024 (Doc. 60), the United States herein states as follows:

1. **Brief summary of the case's status:**

On July 16, 2024, a grand jury returned a 14-count indictment against Jordan Guy MacDonald Goudreau, charging him and codefendant Yacsy Alexandra Alvarez Mirabal with conspiracy to violate export laws, in violation of 18 U.S.C. § 371; smuggling, in violation of 18 U.S.C. § 554; violations of the Arms Export Control Act, in violation of 22 U.S.C. § 2778; and violations of the Export Reform Control Act, in violation of 50 U.S.C. § 4819. The defendant also was charged with possession of unregistered silencers, in violation of 26 U.S.C. § 5861(d) and unlawful possession of machine guns, in violation of 18 U.S.C. § 922(o).

The defendant was arrested on July 30, 2024, in New York City, and made his initial appearance later that day before U.S. Magistrate Judge Gary Stein. The defendant was ordered released on conditions; the government requested a stay and

moved this Court to revoke the bond order. On September 4, 2024, the Court denied the government's motion for revocation of release order. Doc. 59. The defendant was ordered released on amended conditions. Doc. 58.

The matter is set on the Court's October 2024 trial calendar.

2. **Possibility of a plea agreement:**

The parties have briefly discussed the possibility of a plea agreement.

3. **Expected length of government's case-in-chief:**

The government expects its case-in-chief to last approximately seven to ten days.

The defense expects its case, if any, to last approximately five days.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions, but the defense anticipates filing pretrial motions soon.

5. **Potential speedy trial and scheduling problems:**

The defendant made his initial appearance on July 30, 2024. Based on the United States' calculation, trial must commence by on or about October 8, 2024. Based on the voluminous discovery in this case, however, the defendant is not ready to proceed to trial in October. The defendant requests that the Court continue trial to the February 2025 term, consistent with the trial term assigned to codefendant Alvarez at the August 2024 status conference. Doc. 38. The government does not object to the requested continuance.

The defendant agrees that the period between the date of this joint status report and October 17, 2024, is excluded from the Speedy Trial period. The defendant does not waive Speedy Trial through February 2025.

Additionally, the Court has set a status conference on Mr. Goudreau's matter on October 10, 2024. Doc. 61. Counsel for Mr. Goudreau is required to be in the Eastern District of New York for a previously scheduled hearing on October 10, 2024. The parties respectfully request that the Court reset the next status conference for October 17, 2024—the date of the next status conference assigned to codefendant Alvarez—so that counsel for both defendants and the government may discuss the case's status with the Court together.

The United States has consulted with counsel for the defendant and all parties agree to the above information.

        Respectfully submitted,

        ROGER HANDBERG
        United States Attorney

By:   */s/ Risha Asokan*
        Risha Asokan
        Assistant United States Attorney
        Florida Bar No. 1003398
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: risha.asokan2@usdoj.gov

U.S. v. Jordan Guy MacDonald Goudreau      Case No. 8:24-cr-330-VMC-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Andrew Feldman, Esq.
    Marissel Descalzo, Esq.

                                      */s/ Risha Asokan*
                                      Risha Asokan
                                      Assistant United States Attorney
                                      Florida Bar No. 1003398
                                      400 N. Tampa St., Ste. 3200
                                      Tampa, FL 33602-4798
                                      Telephone: (813) 274-6000
                                      Facsimile: (813) 274-6358
                                      E-mail: risha.asokan2@usdoj.gov