| | |
|---|---|
| **From:** | Asokan, Risha (USAFLM) |
| **To:** | "Marissel Descalzo"; afeldman@feldmanpllc.com |
| **Cc:** | Marcet, Daniel (USAFLM) |
| **Subject:** | RE: Activity in Case 8:24-cr-00330-VMC-CPT USA v. Macdonald Goudreau et al Order |
| **Date:** | Monday, September 16, 2024 1:38:00 PM |
| **Attachments:** | p_status report (Sep 2024) with MD edits.docx |

Forgot to add your waiver of speedy trial. See highlight.

**From:** Marissel Descalzo <mdescalzo@tachebronis.com>
**Sent:** Monday, September 16, 2024 1:14 PM
**To:** Asokan, Risha (USAFLM) <RAsokan@usa.doj.gov>; afeldman@feldmanpllc.com
**Cc:** Marcet, Daniel (USAFLM) <DMarcet@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Activity in Case 8:24-cr-00330-VMC-CPT USA v. Macdonald Goudreau et al Order

You can file.

**From:** Asokan, Risha (USAFLM) <Risha.Asokan2@usdoj.gov>
**Sent:** Monday, September 16, 2024 12:13 PM
**To:** Marissel Descalzo <mdescalzo@tachebronis.com>; afeldman@feldmanpllc.com
**Cc:** Marcet, Daniel (USAFLM) <Daniel.Marcet@usdoj.gov>
**Subject:** RE: Activity in Case 8:24-cr-00330-VMC-CPT USA v. Macdonald Goudreau et al Order

Thanks. I accepted your changes and edited the formatting a little. Let me know if you are okay with the attached and I will file.

**From:** Marissel Descalzo <mdescalzo@tachebronis.com>
**Sent:** Monday, September 16, 2024 12:05 PM
**To:** Asokan, Risha (USAFLM) <RAsokan@usa.doj.gov>; afeldman@feldmanpllc.com
**Cc:** Marcet, Daniel (USAFLM) <DMarcet@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Activity in Case 8:24-cr-00330-VMC-CPT USA v. Macdonald Goudreau et al Order

See my edits.

**From:** Asokan, Risha (USAFLM) <Risha.Asokan2@usdoj.gov>
**Sent:** Monday, September 16, 2024 11:41 AM
**To:** afeldman@feldmanpllc.com; Marissel Descalzo <mdescalzo@tachebronis.com>
**Cc:** Marcet, Daniel (USAFLM) <Daniel.Marcet@usdoj.gov>
**Subject:** FW: Activity in Case 8:24-cr-00330-VMC-CPT USA v. Macdonald Goudreau et al Order

Hi Andrew and Marissel.

Attached is a draft joint status report for your review/edits. A few judges in our district require

written monthly reports, so it is modeled after that form. Based on our emails from last week, I drafted language requesting a continuance. Feel free to edit the basis for the request. I also asked that the Court sync up the status conferences moving forward.

Let me know if you have any changes.

Thanks,

Risha

**From:** cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Monday, September 16, 2024 10:39 AM
**To:** cmecf_flmd_notices@flmd.uscourts.gov
**Subject:** Activity in Case 8:24-cr-00330-VMC-CPT USA v. Macdonald Goudreau et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

**Middle District of Florida**

### Notice of Electronic Filing

The following transaction was entered on 9/16/2024 at 10:39 AM EDT and filed on 9/16/2024
**Case Name:**        USA v. Macdonald Goudreau et al
**Case Number:**     8:24-cr-00330-VMC-CPT
**Filer:**
**Document Number:** 60(No document attached)

**Docket Text:**
**ENDORSED ORDER as to Jordan Guy Macdonald Goudreau: By noon on September 19, 2024, the parties are directed to submit a joint status report as to whether they are ready to proceed to trial in October. If the parties wish to continue the trial of this case, the defense should indicate in the status report that they wish to have the case continued, whether there is an objection to the request, and a waiver of speedy trial through the end of the trial month. Because this would be the first status conference, the parties should also**

**indicate the estimated length of trial. The Clerk is directed to cancel the September 19, 2024, status conference. The next status conference will take place on October 10, 2024, at 9:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 9/16/2024. (MG)**

**8:24-cr-00330-VMC-CPT-1 Notice has been electronically mailed to:**

James A. Muench     james.muench2@usdoj.gov, CaseView.ECF@usdoj.gov, TPADOCKET.Mailbox@usdoj.gov, USAFLM.ARECF@usdoj.gov

Alec Fitzgerald Hall     Alec_Hall@fd.org, Linda_Evans@fd.org, marlene_roman@fd.org

Marissel Descalzo     mdescalzo@tachebronis.com, service@tachebronis.com

Christophir A. Kerr     christophirkerr@gmail.com

Andrew Simmons Feldman     Afeldman@feldmanpllc.com, afeldman@ecf.courtdrive.com

Risha Asokan     risha.asokan2@usdoj.gov, CaseView.ECF@usdoj.gov, TPADOCKET.Mailbox@usdoj.gov, usaflm.ecf@usdoj.gov

Daniel J. Marcet     daniel.marcet@usdoj.gov, caseview.ecf@usdoj.gov, tpadocket.mailbox@usdoj.gov, usaflm.ecf@usdoj.gov

Menno Goedman     menno.goedman@usdoj.gov

Emma Dinan Ellenrieder     emma.ellenrieder@usdoj.gov

**8:24-cr-00330-VMC-CPT-1 Notice has been delivered by other means to:**

Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:24-cr-330-VMC-CPT

JORDAN GUY MACDONALD GOUDREAU

**JOINT STATUS REPORT**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of September 16, 2024 (Doc. 60), the United States herein states as follows:

1. **Brief summary of the case's status:**

On July 16, 2024, a grand jury returned a 14-count indictment against Jordan Guy MacDonald Goudreau, charging him and codefendant Yacsy Alexandra Alvarez Mirabal with conspiracy to violate export laws, in violation of 18 U.S.C. § 371; smuggling, in violation of 18 U.S.C. § 554; violations of the Arms Export Control Act, in violation of 22 U.S.C. § 2778; and violations of the Export Reform Control Act, in violation of 50 U.S.C. § 4819. The defendant also was charged with possession of unregistered silencers, in violation of 26 U.S.C. § 5861(d) and unlawful possession of machine guns, in violation of 18 U.S.C. § 922(o).

The defendant was arrested on July 30, 2024, in New York City, and made his initial appearance later that day before U.S. Magistrate Judge Gary Stein. The defendant was ordered released on conditions; the government requested a stay and

moved this Court to revoke the bond order. On September 4, 2024, the Court denied the government's motion for revocation of release order. Doc. 59. The defendant was ordered released on amended conditions. Doc. 58.

The matter is set on the Court's October 2024 trial calendar.

2. **Possibility of a plea agreement:**

The parties have briefly discussed the possibility of a plea agreement.

3. **Expected length of government's case-in-chief:**

The government expects its case-in-chief to last approximately seven to ten days.

The defense expects its case, if any, to last approximately five days.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions, but the defense anticipates filing pretrial motions soon.

5. **Potential speedy trial and scheduling problems:**

The defendant made his initial appearance on July 30, 2024. Based on the United States' calculation, trial must commence by on or about October 8, 2024. Based on the voluminous discovery in this case, however, the defendant is not ready to proceed to trial in October. The defendant requests that the Court continue trial to the February 2025 term, consistent with the trial term assigned to codefendant Alvarez at the August 2024 status conference. Doc. 38. The government does not

object to the requested continuance. ==The defendant waives Speedy Trial through February 2025.==

Additionally, the Court has set a status conference on Mr. Goudreau's matter on October 10, 2024. Doc. 61. Counsel for Mr. Goudreau is required to be in the Eastern District of New York for a previously scheduled hearing on October 10, 2024. The parties respectfully request that the Court reset the next status conference for October 17, 2024—the date of the next status conference assigned to codefendant Alvarez—so that counsel for both defendants and the government may discuss the case's status with the Court together.

The United States has consulted with counsel for the defendant and all parties agree to the above information.

        Respectfully submitted,

        ROGER HANDBERG
        United States Attorney

By:   /s/ Risha Asokan
      Risha Asokan
      Assistant United States Attorney
      Florida Bar No. 1003398
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: risha.asokan2@usdoj.gov

U.S. v. Jordan Guy MacDonald Goudreau  Case No. 8:24-cr-330-VMC-CPT

### CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

 Andrew Feldman, Esq.
 Marissel Descalzo, Esq.

       */s/ Risha Asokan*
       Risha Asokan
       Assistant United States Attorney
       Florida Bar No. 1003398
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: risha.asokan2@usdoj.gov