| | |
|---|---|
| **From:** | Asokan, Risha (USAFLM) |
| **To:** | Marissel Descalzo; afeldman@feldmanpllc.com |
| **Cc:** | Marcet, Daniel (USAFLM) |
| **Subject:** | RE: Activity in Case 8:24-cr-00330-VMC-CPT USA v. Macdonald Goudreau et al Order |
| **Date:** | Monday, September 16, 2024 1:45:00 PM |

Ok, I will put that in there and file.

**From:** Marissel Descalzo <mdescalzo@tachebronis.com>
**Sent:** Monday, September 16, 2024 1:45 PM
**To:** Asokan, Risha (USAFLM) <RAsokan@usa.doj.gov>; afeldman@feldmanpllc.com
**Cc:** Marcet, Daniel (USAFLM) <DMarcet@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Activity in Case 8:24-cr-00330-VMC-CPT USA v. Macdonald Goudreau et al Order

At this point, we agree that the period between now and October 17, 2024 is excluded from speedy trial period.  However, we do not waive through February 2025.

**From:** Asokan, Risha (USAFLM) <Risha.Asokan2@usdoj.gov>
**Sent:** Monday, September 16, 2024 1:38 PM
**To:** Marissel Descalzo <mdescalzo@tachebronis.com>; afeldman@feldmanpllc.com
**Cc:** Marcet, Daniel (USAFLM) <Daniel.Marcet@usdoj.gov>
**Subject:** RE: Activity in Case 8:24-cr-00330-VMC-CPT USA v. Macdonald Goudreau et al Order

Forgot to add your waiver of speedy trial. See highlight.

**From:** Marissel Descalzo <mdescalzo@tachebronis.com>
**Sent:** Monday, September 16, 2024 1:14 PM
**To:** Asokan, Risha (USAFLM) <RAsokan@usa.doj.gov>; afeldman@feldmanpllc.com
**Cc:** Marcet, Daniel (USAFLM) <DMarcet@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Activity in Case 8:24-cr-00330-VMC-CPT USA v. Macdonald Goudreau et al Order

You can file.

**From:** Asokan, Risha (USAFLM) <Risha.Asokan2@usdoj.gov>
**Sent:** Monday, September 16, 2024 12:13 PM
**To:** Marissel Descalzo <mdescalzo@tachebronis.com>; afeldman@feldmanpllc.com
**Cc:** Marcet, Daniel (USAFLM) <Daniel.Marcet@usdoj.gov>
**Subject:** RE: Activity in Case 8:24-cr-00330-VMC-CPT USA v. Macdonald Goudreau et al Order

Thanks. I accepted your changes and edited the formatting a little. Let me know if you are okay with the attached and I will file.

**From:** Marissel Descalzo <mdescalzo@tachebronis.com>

**Sent:** Monday, September 16, 2024 12:05 PM
**To:** Asokan, Risha (USAFLM) <RAsokan@usa.doj.gov>; afeldman@feldmanpllc.com
**Cc:** Marcet, Daniel (USAFLM) <DMarcet@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Activity in Case 8:24-cr-00330-VMC-CPT USA v. Macdonald Goudreau et al Order

See my edits.

---

**From:** Asokan, Risha (USAFLM) <Risha.Asokan2@usdoj.gov>
**Sent:** Monday, September 16, 2024 11:41 AM
**To:** afeldman@feldmanpllc.com; Marissel Descalzo <mdescalzo@tachebronis.com>
**Cc:** Marcet, Daniel (USAFLM) <Daniel.Marcet@usdoj.gov>
**Subject:** FW: Activity in Case 8:24-cr-00330-VMC-CPT USA v. Macdonald Goudreau et al Order

Hi Andrew and Marissel.

Attached is a draft joint status report for your review/edits. A few judges in our district require written monthly reports, so it is modeled after that form. Based on our emails from last week, I drafted language requesting a continuance. Feel free to edit the basis for the request. I also asked that the Court sync up the status conferences moving forward.

Let me know if you have any changes.

Thanks,

Risha

---

**From:** cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Monday, September 16, 2024 10:39 AM
**To:** cmecf_flmd_notices@flmd.uscourts.gov
**Subject:** Activity in Case 8:24-cr-00330-VMC-CPT USA v. Macdonald Goudreau et al Order


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 9/16/2024 at 10:39 AM EDT and filed on 9/16/2024

**Case Name:** USA v. Macdonald Goudreau et al
**Case Number:** 8:24-cr-00330-VMC-CPT
**Filer:**
**Document Number:** 60(No document attached)

**Docket Text:**
**ENDORSED ORDER as to Jordan Guy Macdonald Goudreau: By noon on September 19, 2024, the parties are directed to submit a joint status report as to whether they are ready to proceed to trial in October. If the parties wish to continue the trial of this case, the defense should indicate in the status report that they wish to have the case continued, whether there is an objection to the request, and a waiver of speedy trial through the end of the trial month. Because this would be the first status conference, the parties should also indicate the estimated length of trial. The Clerk is directed to cancel the September 19, 2024, status conference. The next status conference will take place on October 10, 2024, at 9:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 9/16/2024. (MG)**

**8:24-cr-00330-VMC-CPT-1 Notice has been electronically mailed to:**

James A. Muench     james.muench2@usdoj.gov, CaseView.ECF@usdoj.gov, TPADOCKET.Mailbox@usdoj.gov, USAFLM.ARECF@usdoj.gov

Alec Fitzgerald Hall     Alec_Hall@fd.org, Linda_Evans@fd.org, marlene_roman@fd.org

Marissel Descalzo     mdescalzo@tachebronis.com, service@tachebronis.com

Christophir A. Kerr     christophirkerr@gmail.com

Andrew Simmons Feldman     Afeldman@feldmanpllc.com, afeldman@ecf.courtdrive.com

Risha Asokan     risha.asokan2@usdoj.gov, CaseView.ECF@usdoj.gov, TPADOCKET.Mailbox@usdoj.gov, usaflm.ecf@usdoj.gov

Daniel J. Marcet     daniel.marcet@usdoj.gov, caseview.ecf@usdoj.gov, tpadocket.mailbox@usdoj.gov, usaflm.ecf@usdoj.gov

Menno Goedman     menno.goedman@usdoj.gov

Emma Dinan Ellenrieder     emma.ellenrieder@usdoj.gov

**8:24-cr-00330-VMC-CPT-1 Notice has been delivered by other means to:**

---

Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.