UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-330-VMC-CPT

JORDAN GUY MACDONALD GOUDREAU

**UNITED STATES' RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO TRAVEL**

The Defendant, Jordan Guy MacDonald Goudreau, has been charged in a 14-count indictment with violating U.S. export and firearms laws. The Defendant was responsible for procuring and exporting AR-type rifles, silencers, and other military equipment to carry out an armed incursion into Venezuela to remove Nicolas Maduro from power. The failed May 2020 coup resulted in the deaths of at least eight people, and two former U.S. Green Berets were imprisoned in Venezuela for over three years. When the Defendant—who had stayed stateside out of harm's way—realized that he was under law enforcement scrutiny, he quickly took measures to evade detection and flee the country. Because the Defendant remains a flight risk, his request to travel outside the State of Florida should be denied.

I. BACKGROUND

   a. Procedural History

On July 16, 2024, a grand jury returned a 14-count indictment against Goudreau, charging him and codefendant Yacsy Alexandra Alvarez Mirabal ("Alvarez") with conspiracy to violate export laws, in violation of 18 U.S.C. § 371;

smuggling, in violation of 18 U.S.C. § 554; violations of the Arms Export Control Act, in violation of 22 U.S.C. § 2778; and violations of the Export Reform Control Act, in violation of 50 U.S.C. § 4819. Goudreau also was charged with possession of unregistered silencers, in violation of 26 U.S.C. § 5861(d) and unlawful possession of machine guns, in violation of 18 U.S.C. § 922(o).

Two weeks later, on July 30, 2024, federal agents in New York City executed the warrant for Goudreau's arrest. Later that evening, Goudreau made his initial appearance in the U.S. District Court for the Southern District of New York before Magistrate Judge Gary Stein. Case No. 24-mj-2753 (S.D.N.Y.). The government moved for pretrial detention based on, among other things, a serious risk that Goudreau may flee if released on bond. Doc. 22-1, Transcript at 9. Magistrate Judge Stein denied the request for detention. The court set conditions of release, including a $2 million bond secured by "Property owned by Jen Gatien (girlfriend)," travel restricted to SDNY/EDNY and the MDFL, and home detention with location monitoring. Doc. 22-2. At the government's request, Magistrate Judge Stein stayed execution of the release order, so that the government could appeal the magistrate judge's order of release.

The government subsequently moved for revocation of the release order. Doc. 22. On September 4, 2024, U.S. District Judge Virginia M. Covington held a hearing on the government's motion. At the conclusion of the hearing, the Court denied the government's motion and entered an amended order of release. Docs. 58 and 59. The release order, among other things, placed the Defendant in the custody of his

friend, Ryan Reeves, in Freeport, Florida (Northern District); restricted his travel to Florida; and placed the Defendant on home detention with GPS monitoring. Doc. 58.

On November 26, 2024, the Defendant filed the instant motion to travel, requesting that he be permitted to travel to Utah for a "business meeting" between December 6 and 9, 2024. Doc. 79. The motion states that he has complied with all pretrial conditions and Pretrial Services does not object to the request. *Id.*

    **b.  Offense Conduct**

As alleged in the Indictment, from at least as early as November 2019 and through March 23, 2020, Goudreau, Alvarez, and others conspired to export, and did export, AR-type firearms, night vision devices, laser sights, and other equipment from the United States to Colombia, without obtaining the required export licenses, to carry out an armed incursion into Venezuela. Goudreau is a Canadian-born naturalized U.S. citizen and former Green Beret. Alvarez is a Venezuelan national who was residing in Colombia at the time.

In furtherance of the conspiracy, Goudreau, who was living in Melbourne, Florida, domestically procured the above-mentioned equipment, including firearm components and silencers, and coordinated with Alvarez and others for their transport to Colombia. Goudreau also enlisted the unpaid services of U.S. persons who, among other things, helped assemble approximately 60 firearms—some of which were machined to fire as fully automatic weapons—at a warehouse in Melbourne. Goudreau and Alvarez arranged for the transport of this equipment from

Florida to Colombia, flying back and forth on a private aircraft owned by Alvarez's boss. Goudreau also purchased a yacht that was intended to, at least in part, move equipment from the United States to Colombia without law enforcement detection.

On March 23, 2020, Colombian National Police seized a cache of approximately 24 semi-automatic rifles, two fully automatic rifles, laser sights, silencers, and other military-type equipment at a highway checkpoint. Earlier that day, Alvarez had helped load the bags of equipment into the driver's car at Alvarez's apartment in Barranquilla, Colombia. The weapons and accessories were intended for use at camps in which mercenaries were training for the armed invasion.

At around the same time, Goudreau and an associate were stranded in the middle of the Caribbean on the yacht that Goudreau had purchased. The vessel, which had become inoperable, was carrying additional equipment, including firearms. They were eventually rescued by a commercial tanker and returned to the United States. The yacht, and the items on board, sank.

On May 3, 2020, a number of individuals in Colombia, including former Green Berets Luke Denman and Airan Berry, whom Goudreau had recruited for the mission, followed through with the plan to invade Venezuela by sea. The invasion was unsuccessful, and eight people died. Denman and Berry were captured and imprisoned in Venezuela until their release in December 2023. *See* Venezuela Releases Two Former Green Berets As Talks With U.S. Progress (Dec. 19, 2023), https://www.forbes.com/sites/eliasferrerbreda/2023/12/19/venezuela-releases-two-former-green-berets-as-talks-with-us-progress/. Goudreau, who was stateside,

immediately and publicly claimed responsibility for the failed attack. *See, e.g.*, Ex-Green Beret claims he led foiled raid into Venezuela (May 4, 2020), https://apnews.com/article/caribbean-ap-top-news-venezuela-south-america-international-news-5f44624bb7442d85e431cd64a4aed3a8.

### c. Post-Offense Conduct

Despite claiming responsibility for the failed invasion, when Goudreau's involvement became subject to law-enforcement scrutiny, Goudreau took measures to evade detection and flee the United States. Based on a forensic examination of Goudreau's cellphone, on May 5, 2020—two days after the failed invasion—Goudreau searched on Google for the following, among other, terms: "assylum Canada"; "best countries for assylum"; and "beat country for.assylum from America." He subsequently deleted those searches.

In the days that followed, Goudreau performed the following searches, among others, on Google, and visited sites related to those searches:

| Date | Searched Terms/Phrases |
|---|---|
| May 11, 2020 | drive to Canada customs |
| May 11, 2020 | how to run and stay hidden from the feds |
| May 11, 2020 | how to be a successful fugitive on the run |
| May 11, 2020 | do i need a passport for my sailboat |
| May 11, 2020 | can i take a boat with no passport |
| May 11, 2020 | what happens if i run from the law |
| May 11, 2020 | what happens if i skip my trial |

| May 11, 2020 | will i lose my va benefits if i am indicted |
| --- | --- |
| May 11, 2020 | can cryptocurrency be tracked |
| May 14, 2020 | how do you prove export of weapons |
| May 14, 2020 | smuggle guns crime |
| May 14, 2020 | how do you prove gun smuggling |

The investigation also revealed that Goudreau researched and took steps to flee to Mexico after his involvement in the coup became public. On May 14, 2020, Goudreau performed several searches on Google related to "la bestia," also known as "the Beast," which is a freight train in Mexico that migrants are known for taking north to reach a U.S. border crossing. *See, e.g.*, Aboard 'the Beast' on a Journey to America (May 10, 2023), https://www.nytimes.com/2023/05/10/world/americas/migrants-beast-train-mexico.html. Those searches included: "does the beast go north and south?" and "ride the beast mexico south to Guatemala." Goudreau then searched "favorite town for expats mexico" and "how do i open a bank account in Mexico." What's worse, in the same string of searches, Goudreau searched "us citizenship dark web," suggesting that he was looking to obtain a fake identity as part of his escape plan.

U.S. Customs and Border Protection have no record of Goudreau legally crossing into Mexico around this time. Law enforcement, however, obtained evidence that Goudreau entered Mexico by land and presented Mexican immigration officials with his U.S. passport. *See* Doc. 22-3, Mexican immigration

form. The immigration document bears an entry stamp with the date "25 Mayo" in faint print, and it was accompanied by additional documentation reflecting a date of "Mayo" and "2020." *Id.* There is also evidence that Goudreau secured a Mexican driver's license and motorcycle vehicle registration card, with "expedition" or issuing dates in June 2021 and May 2021, respectively. *See* Doc. 22-4, Mexican license and registration. There is no U.S. government record of Goudreau reentering the United States from Mexico at any time after May 2020.

Since the offense conduct and until his arrest, Goudreau did not maintain a stable, known residence. At times relevant to the charges in the Indictment, Goudreau had worked and resided at a warehouse in Melbourne, Florida. Based on witness interviews, Goudreau's lease terminated in April 2020, and he subsequently moved out of the warehouse. Goudreau did not update his address with the Florida Department of Motor Vehicles since April 2020.

Before his arrest, law enforcement had reason to believe that Goudreau was residing in New York City with Jen Gatien, the female associate identified in Goudreau's bond paperwork. Doc. 22-2. Goudreau did not update any government records to reflect an address in New York. Despite performing several days of surveillance at Gatien's address known to law enforcement, federal agents did not observe Goudreau there consistently or with a pattern of regularity before he was arrested.

Based on publicly available information, Goudreau and Gatien, a filmmaker, made a documentary together about Goudreau's "connection to his failed 2020

coup." *Former U.S. Green Beret Jordan Goudreau Is the Subject of Upcoming Neon Documentary (EXCLUSIVE)* (Aug. 2, 2024), https://variety.com/2024/film/news/green-beret-jordan-goudreau-neon-documentary-men-of-war-1236090534/. According to film's logline, the documentary depicts Goudreau "'in over his head *and on the run* after mounting the failed Venezuela coup and *being chased by the American government* who he spent his life fighting for." *Id.* (emphasis added); *see also* *'Men of War' Review: A Delirious Doc About a Former Green Beret Trying to Overthrow the Venezuelan Government* (Sept. 6, 2024), https://www.indiewire.com/criticism/movies/men-of-war-review-jordan-goudreau-venezuela-coup-attempt-1235044759/.

Aside from the documentary, the government is not aware of any other active sources of employment or business for the Defendant.

## II.  MEMORANDUM OF LAW

For the reasons previously argued (Doc. 22), the Defendant is a flight risk. Nevertheless, the Court determined that there exist conditions that will reasonably assure the Defendant's appearance at court proceedings, including travel restricted to Florida. Doc. 58. And although his order of release requires that the Defendant seek employment, his motion lacks any detail as to what the Defendant has been doing to obtain employment since he was released on bond, and why the "business meeting" over a weekend in Provo, Utah furthers that goal.

As detailed above, the Defendant has been charged with very serious crimes that carry lengthy prison sentences. He is and has been aware of the consequences he

faces—consequences that he has already sought to avoid by fleeing the country and staying off the grid. Because the serious risk of his disappearance if allowed to travel outweighs the apparent need to modify his conditions of release, the motion should be denied.

### III. CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court deny the Defendant's motion to travel.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Risha Asokan
RISHA ASOKAN
Assistant United States Attorney
Florida Bar No. 1003398
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: risha.asokan2@usdoj.gov

U.S. v. Jordan Guy MacDonald Goudreau        Case No. 8:24-cr-330-VMC-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Risha Asokan
RISHA ASOKAN
Assistant United States Attorney
Florida Bar No. 1003398
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: risha.asokan2@usdoj.gov