UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-CR-330-VHC/CPT

UNITED STATES OF AMERICA,

v.

JORDAN GUY MACDONALD GOUDREAU,

    Defendant.

_____/

**DEFENDANT, JORDAN GUY MACDONALD GOUDREAU'S**
**<u>REPLY IN FURTHER SUPPORT OF MOTION TO TRAVEL</u>**

Defendant, Jordan Guy MacDonald Goudreau, respectfully files this Reply to Motion to Travel. In support thereof, Mr. Goudreau states:

Pursuant to his bond conditions, Mr. Goudreau is residing in Freeport, Florida with his custodian Ryan Reeves. Freeport, Florida is a small community made up of mostly veterans. Mr. Goudreau and Mr. Reeves served together in the military, including on several tours in Afghanistan. Mr. Goudreau and Mr. Reeves were both United States Military Special Forces or green berets. Not everyone in the military can be a green beret, you must be selected. Once selected, a prospective green beret must pass the U.S. Army's Special Forces Assessment and Selection, or "SFAS". The goal of SFAS is not to teach students new skills or equipment but to stress their ability to perform at a high level, both physically and mentally. If a soldier passes SFAS, the next step is the Special Forces Qualification Course. Mr. Reeves and Mr. Goudreau

passed all these rigorous tests and became green berets. Mr. Goudreau and Mr. Reeves went on to serve our country as green berets on many missions and tours overseas during the height of the war against terrorism.

Given their high-level involvement in war and the military, Mr. Goudreau and Mr. Reeves know first-hand that the scars of war are not skin deep. Many of their fellow green berets struggle with mental health issues that lead to suicide. Mr. Reeves and Mr. Goudreau have many friends that did not die while on active duty, only to die by their owns hands after retirement. Mental health is a taboo topic amongst veterans. Mr. Reeves wanted to change the stigma associated with mental health and the military and wanted to create a suicide prevention initiative. To that end, Mr. Reeves started a podcast that discusses veteran mental health, veteran stories, and trauma.

When Mr. Reeves signed on to be Mr. Goudreau's custodian, he discussed the podcast with Judge Covington at the bond revocation hearing and advised that if Mr. Goudreau were released, he would also work on the podcast and the mission to bring mental health treatment to veterans in Freeport and elsewhere. Mr. Reeves kept his promise to Judge Covington. Since Mr. Goudreau's release, he has been working on aiding in the production of Mr. Reeves' podcast and the mission of bringing mental health treatment to veterans. Probation is aware of Mr. Goudreau's work. In fact, Mr. Goudreau's probation officer has toured the podcast studio.

The meeting in Provo, Utah relates to the podcast and this mission. Mr. Reeves will accompany Mr. Goudreau to the meeting[1]. If travel is approved, Mr. Reeves and Mr. Goudreau would leave on a United Airlines flight from Pensacola, Florida that connects through Chicago, IL. They would return on a United Airlines flight that connects through Houston, Texas. The timing of this meeting and trip were selected in order to give Mr. Goudreau sufficient time to make it to Tampa, Florida for his status hearing on December 12, 2024, but the timing is flexible.

**WHEREFORE**, the Defendant, Jordan Guy MacDonald Goudreau, moves this Honorable Court to grant this Motion to Travel.

Date: December 5, 2024

Respectfully submitted,

TACHE, BRONIS AND DESCALZO, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
Telephone: (305) 537-9565
Facsimile: (305) 537-9567

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**
Florida Bar. No. 669318
mdescalzo@tachebronis.com
service@tachebronis.com
*Counsel for Jordan Guy MacDonald Goudreau*

---

[1] The person Mr. Reeves and Mr. Goudreau are meeting in Utah is not disclosed in this Motion because this case is highly publicized, and we wouldn't want to bring negative attention to a good cause. Of course, the name will be disclosed to probation, if required.

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this 5th day of December, 2024, the foregoing was electronically transmitted via the Court's CM/ECF system.

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**