UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,       CASE NO. 8:24-CR-330-VHC/CPT

v.

JORDAN   GUY   MACDONALD
GOUDREAU,

    Defendant.

_____/

### DEFENDANT JORDAN GUY MACDONALD GOUDREAU'S UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, Jordan Guy MacDonald Goudreau, request this Honorable Court to enter an order continuing the trial date that is currently set for the trial term commencing during the February trial period to the June 2025 trial period, and as grounds would state the following:

Mr. Goudreau was charged by Indictment on July 16, 2024.

This case involves voluminous discovery. To date, the government has produced over ten (10) terabytes of discovery. The defense is working diligently to review all the materials, but a complete review of all the discovery prior to the February trial is not possible.

Additionally, the defense contends that they require security clearances and classified materials for their defense. The Parties have been communicating regarding these requests for several weeks in order to avoid Court intervention.

We also anticipate the need for Rule 15 depositions to preserve the testimony of foreign witnesses that cannot travel to the United States. We cannot conduct these depositions until discovery has been reviewed and the requested discovery has been produced.

The government continues to produce materials. The latest production was made on Thursday, December 5, 2024.

Moreover, we understand that the government continues to request and/or subpoena records.

Co-defendant, Yacsy Alexandra Alvarez Mirabal, joins in this request.

The government does not oppose the request and agrees that continuance is warranted.

If the Court is inclined to grant the continuance, we also ask the Court to issue a new scheduling order with deadlines that are consistent with the new trial date.

Finally, if the Court is inclined to grant the continuance, the Parties would request that the status conference scheduled for Thursday, December 12, 2024, be canceled and that the Parties be placed on the Court's January 2025 status calendar.

Undersigned counsel also wanted to alert the Court that she is in trial in front of Judge Burger in Orlando.  The trial is running longer than expected due to translation issues.

Wherefore, Mr. Goudreau requests that a continuance of his trial be granted and that his trial be scheduled for the trial term commencing in June 2025, or any date thereafter that is convenient for the Court.

Date: December 9, 2024

Respectfully submitted,

TACHE, BRONIS AND DESCALZO, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
Telephone:  (305) 537-9565
Facsimile:   (305) 537-9567

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**
Florida Bar. No. 669318
mdescalzo@tachebronis.com
service@tachebronis.com
*Counsel for Jordan Guy MacDonald Goudreau*

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this 9th day of December, 2024, the foregoing was electronically transmitted via the Court's CM/ECF system.

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**