UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   CASE NO. 8:24-CR-330-VHC/CPT

v.

JORDAN GUY MACDONALD GOUDREAU and YACSY ALVAREZ,

    Defendant.
_____/

**DEFENDANTS' JORDAN GUY MACDONALD GOUDREAU AND YACSY ALVAREZ'S UNOPPOSED
MOTION FOR LEAVE TO FILE REPLY IN
SUPPORT THEIR NOTICE OF PUBLIC AUTHORITY DEFENSE**

Defendants, Jordan Guy MacDonald Goudreau and Yacsy Alvarez, by and through undersigned counsel and pursuant to Local Rule 3.01(d) moves for leave to file a reply in support of their Notice of Public Authority Defense [D.E. 109].

The Government's Response to Defendants' Notice of Public Authority and Request for Disclosure of Witnesses (the "Response") [D.E. 117] provides an incomplete reference to the law. Additionally, the Response claims that statements by Andrew Horn and Jason Beardsley are inconsistent with the public authority notice. However, the Response fails to point to the documentary evidence, which is

inconsistent with the statements of Horn and Beardsley. The Reply will provide details that support this statement for the Court to consider.

The proposed Reply will be less than five (5) pages with 14-point font.

The government does not oppose this request.

## CONCLUSION

Due to the foregoing reasons, Defendants' Jordan Guy MacDonald Goudreau and Yacsy Alvarez requests the Court grant them leave to file a reply in support of their Notice of Public Authority Defense.

Date: January 30, 2025

Respectfully submitted,

TACHE, BRONIS AND DESCALZO, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
Telephone: (305) 537-9565
Facsimile:  (305) 537-9567

By: */s/ Marissel Descalzo*
   **Marissel Descalzo, Esq.**
   Florida Bar. No. 669318
   mdescalzo@tachebronis.com
   service@tachebronis.com
   *Counsel for Jordan Guy MacDonald Goudreau*

## **CERTIFICATE OF SERVICE**

I CERTIFY THAT, on this 30th day of January, 2025, the foregoing was electronically transmitted via the Court's CM/ECF system.

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**
