UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,       CASE NO. 8:24-CR-330-VHC/CPT

v.

JORDAN GUY MACDONALD GOUDREAU and YACSY ALVAREZ,

    Defendant.

_____/

## ORDER ON DEFENDANTS' JORDAN GUY MACDONALD GOUDREAU AND YACSY ALVAREZ'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT THEIR NOTICE OF PUBLIC AUTHORITY DEFENSE

THIS MATTER is before the Court on Defendants' Jordan Guy MacDonald Goudreau and Yacsy Alvarez's Unopposed Motion for Leave to File Reply in Support of Their Notice of Public Authority Defense,

It is ORDERED AND ADJUDGED that the Motion is **GRANTED**. Defendants' Jordan Guy MacDonald and Yacsy Alvarez are permitted to file their Reply in Support of Their Notice of Public Authority Defense.

DONE AND ORDERED in chambers at Tampa, Florida this ___ day of _____, 2025.

                                    _____
                                    VIRGINIA M. HERNANDEZ COVINGTON
                                    UNITED STATES DISTRICT JUDGE

Copies Provided:

All counsel of record.