FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    09/30/2020

Nestor SAINZ, date of birth (DOB) ████████████, Social Security Account
Number ██████████ Telephone number ███████████ was interviewed during a
proffer meeting over Webex video messaging. Present for the interview were
FBI Special Agents Jennifer Edwards and Jacob Hamilton, AUSA Dan George,
NSD David Aaron, and personal lawyers for SAINZ. After being advised of the
identity of the interviewing Agents and the nature of the interview, SAINZ
provided the following information:

SAINZ was shown the proffer letter given to him and his lawyers. The proffer
was explained and SAINZ was told the proffer gave certain protections for
this interview but there were no protections for lies that may be told
during the interview and later discovered by the investigative team. SAINZ
was told to be as truthful as possible and he agreed. SAINZ stated that he
signed the proffer letter with AUSA Dan George and, his lawyer Habib. SAINZ
stated that he was comfortable with the proffer and did not need any extra
time to discuss the terms of the proffer.

SAINZ was told that the interview was entirely voluntary and that any
information he was willing to provide was appreciated. SAINZ was told that
he was talking to federal agents and with that came certain criminal
liabilities if SAINZ lied to the Special Agents. SAINZ was told that if he
needed time and privacy to consult with his lawyers he would be granted the
time and privacy to do so.

Background

SAINZ first became involved with Venezuela through his professional
relationship and friendship with Pedro Paul BETANCOURT (P. BETANCOURT).
German CHICA worked with P. BETANCOURT in 2016-2017 on a 503B program. This
program was supposed to be for humanitarian aid to Venezuela. CHICA and P.
BETANCOURT had approached law firms, Foley and Laudner, and Cletah Mitchell

**UNCLASSIFIED//FOUO**

| | | |
|---|---|---|
| Investigation on | 09/21/2020 at | Melbourne, Florida, United States (, Other (Video conference)) |
| File # ████████ | | Date drafted  09/23/2020 |
| by  Jennifer Zelski Edwards, Jacob G. Hamilton | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

(U//FOUO) Video conference proffer
Continuation of FD-302 of  interview of Nestor Sainz on 09/21/2020  , On  09/21/2020  , Page  2 of 24

to help with the program and also contacted Lilian TINTORI who was known as the face of the Venezuelan aid movement. TINTORI was invited to the White House by president Trump for this program and it felt real. The funding never came through for this project, but P. BETANCOURT was seen as a spokesperson for TINTORI after this.

CHICA introduced SAINZ to P. BETANCOURT. P. BETANCOURT had a direct link to Leopoldo LOPEZ who was the leader of the opposition political party in Venezuela. LOPEZ had been in Venezuelan prison and under house arrest until his escape from house arrest to the Spanish embassy on April 30th 2019. P. BETANCOURT knew LOPEZ through LOPEZ's wife, TINTORI. LOPEZ's influence lead to Juan GUAIDO's election by the National Assembly. In January of 2019 SAINZ contacted CHICA and P. BETANCOURT about possibilities in Venezuela after GUAIDO was sworn in as president of Venezuela and recognized by the US and 49 other countries as the legitimate president. SAINZ's idea was to bring in American companies for the reconstruction of Venezuela following GUAIDO becoming the fully recognized leader of Venezuela. SAINZ with CHICA and P. BETANCOURT created a business model to bring in companies to work with them and SAINZ would get those companies work in Venezuela. P. BETANCOURT advised that the timing was correct to start conversations about Venezuela because of the election of GUAIDO with LOPEZ's influence in the opposition party.

SAINZ stated that in the beginning LOPEZ and GUAIDO were united and either could be approached as leadership personalities in Venezuela. In the beginning, there was unity between LOPEZ and GUIADO.

At the time SAINZ was working between El Paso, Texas, and Juarez, Mexico to build strategic alliances in the governments in areas like the chamber of commerce. SAINZ described his main job as identifying problems and working to solve those problems. SAINZ would identify problems like business and communication problems. SAINZ also put together a media team and described his role as a "coach" who would give advice on anything needed.

SAINZ engaged CHICA about talking to P. BETANCOURT regarding Venezuela around January 2019, and P. BETANCOURT told them that now is the right time because GUAIDO was elected as president to Venezuela for a 12-month term. SAINZ initiated the conversations with the GUAIDO representatives.

UNCLASSIFIED//FOUO

DISC-103479

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 5-8-10)

(U//FOUO) Video conference proffer

Continuation of FD-302 of  interview of Nestor Sainz on 09/21/2020    , On  09/21/2020  , Page  3 of 24

SAINZ spoke to Gary COMPTON, who had experience in the oil industry and was a part of the Lucas Compton law firm, about Venezuela. SAINZ first met COMPTON in the summer of 2017 through Travis LUCAS, who was the other partner of Lucas Compton Law, when he was living in DC for the summer. The group SAINZ was working with at the time needed capital for a project and SAINZ had mentioned this to LUCAS. LUCAS said that COMPTON was an expert in energy and set up a call for SAINZ in June 2017, but the project he was working on did not go anywhere because nobody was willing to pay for COMPTON's retainer fee.

COMPTON knew Roen KRAFT, who was interested in the work in Venezuela, and wanted to bring him on to the business plan SAINZ was building.

Preliminary Meetings and Discussions

COMPTON set up calls with KRAFT and SAINZ where SAINZ agreed to meet at COMPTON's house in Austin, Texas in February 2019. P. BETANCOURT was not able to attend this meeting in person and participated via a video call on WhatsApp. Everybody was formally introduced at this meeting including SAINZ, COMPTON, CHICA, KRAFT, and P. BETANCOURT (by video phone call), and then a plan was laid out for reconstruction of Venezuela. This meeting was short and not much was discussed. SAINZ described the meeting as a cordial meeting for COMPTON and KRAFT to meet P. BETANCOURT and to ask background questions and build relationships. P. BETANCOURT also provided a macro view of the current situation in Venezuela. Funding the project was not discussed at this meeting. No transition of the MADURO government was discussed in this meeting. This meeting was only about doing business in Venezuela under GUAIDO as president.

Global Governments was going to be used as a platform for American companies to get work in Venezuela. P. BETANCOURT was going to be the link for the company to the Venezuelan government for the American companies that would sign with Global Governments. Global Governments would collect a retainer fee to represent the companies to the Venezuelan government. SAINZ was going to contact companies to invest in Venezuela and P. BETANCOURT was going to bring the decision makers in Venezuela to the table.

The first meeting of the group was informal. They discussed other players

**UNCLASSIFIED//FOUO**

DISC-103480

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U//FOUO) Video conference proffer interview of Nestor Sainz on 09/21/2020 , On 09/21/2020 , Page 4 of 24

and partners and the need to include American businesses and companies because the Venezuelans  trusted Americans. SAINZ stated that Russia and China had been working inside and with Venezuela under MADURO and were not doing the right things and could not be trusted. The group agreed to an overall goal and business model at this meeting. Global Governments out of Washington DC was going to represent the plan going forward, P. BETANCOURT was going to bring in the decision makers, and SAINZ was going to bring in companies to work in Venezuela. SAINZ did not know what role KRAFT was going to fill at this point. KRAFT dealt in energy, oil, gas, mining, was experienced and capable in international business and was a logical fit for these roles. KRAFT also had dealt with these things in Nigeria which was a hostile country to work in. COMPTON's role was described as providing an introduction. COMPTON couldn't travel due to health concerns and had been retired for several years and working out of his house in Texas. SAINZ thought COMPTON expected to get paid on things as they moved forward.

The types of companies that SAINZ wanted to bring in were construction companies for rebuilding the infrastructure of Venezuela, energy companies because Venezuela's economy was built around energy, and security companies to make sure contractors would be safe while rebuilding the country because Venezuela was very unsafe and had one of the highest death rates in the world.  There were no specific companies discussed in this first meeting and it only lasted about 40 minutes. The group was agreeable to the model that was proposed, nobody had opposed anything, and no other issues were addressed at that time.

SAINZ returned home to Juarez and received an email about 1-2 days later from KRAFT. The email was discussing aid KRAFT wanted to provide to the Venezuelans. KRAFT wanted to drop containers in the ocean and let the ocean currents carry the containers until locals could fish them out of the water to distribute the supplies to Venezuela. KRAFT sent a graphic of how the plan would work. SAINZ said that nobody asked for KRAFT to do this, but it would have lined up with the Venezuela Aid concert that was scheduled near the Colombia/Venezuela border. SAINZ sent the plan to P. BETANCOURT and P. BETANCOURT thought it was interesting but didn't know who to share the plan with at the time. P. BETANCOURT was busy at the time and thought the plan could be forwarded to either Lester TOLEDO, who oversaw humanitarian aid for

UNCLASSIFIED//FOUO

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 5-8-10)

(U//FOUO) Video conference proffer

Continuation of FD-302 of  interview of Nestor Sainz on 09/21/2020  , On  09/21/2020  , Page  5 of 24

Venezuela, or Carlos VECCHIO, the Venezuelan ambassador to the US. P. BETANCOURT eventually decided on TOLEDO and SAINZ organized for a phone call with TOLEDO, P. BETANCOURT and KRAFT. KRAFT said he was looking for funding for the project. The call with TOLEDO was cancelled due to busy schedules and they never talked. KRAFT's proposal was shelved after this.

At the next meeting SAINZ said they focused on strategizing. KRAFT officially agreed to work with Global Governments, but KRAFT did not know what he wanted his role to be in the organization. The expectations for the business plan to take place were looking optimistic because the U.S. was behind GUAIDO. SAINZ said they were planning on some type of intervention taking place in Venezuela like the U.S. helping internationally and MADURO stepping down for a transition of power. SAINZ felt that anything could happen in Venezuela, MADURO could die, flee the country or step down. P. BETANCOURT told SAINZ that April 30, 2019 could be very important and that GUAIDO wanted to take back the country on this day. P. BETANCOURT did not discuss any of the details of what was going to take place on 30 April 2019, but said to "act now, get companies, and get paid". Other companies were trying to do what Global Governments was trying to do in Venezuela. SAINZ and the rest of the people with Global Governments started discussing how to bring American companies to Global Governments. Global Governments planned to make money off of the retainer fees and success bonuses that would be paid to Global Governments if the companies they signed got business in Venezuela. The 30 April uprising did not conclude how the opposition anticipated it would and LOPEZ retreated to the Spanish embassy. P. BETANCOURT explained that the uprising failed because LOPEZ appeared next to GUAIDO during his call for the military to abandon MADURO. The Venezuelan military did not want LOPEZ to be a leader in the government and LOPEZ's appearance next to GUAIDO made them think LOPEZ was going to take over. Many members of the military still defected to Colombia on April 30th but the entire military didn't join GUAIDO which is what was needed. The failure on 30 April left MADURO still in power in Venezuela and put the idea of regime change in the air. It was clear after their 11 May 2019 meeting that the opposition was discussing regime change.

In a conversation with KRAFT, SAINZ wanted to know if KRAFT wanted to be a consultant or partner with Global Governments. KRAFT wanted to come on as a

**UNCLASSIFIED//FOUO**

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

(U//FOUO) Video conference proffer
Continuation of FD-302 of interview of Nestor Sainz on 09/21/2020     , On  09/21/2020  , Page  6 of 24

consultant for Global Governments dealing with energy officially along with COMPTON, who agreed to come on board in a lesser role.

SAINZ contacted Dick MORRIS who was a political consultant in Washington DC. SAINZ explained Global Governments and the plan they had in Venezuela to MORRIS. MORRIS's sister was married to Chris LARSEN, the CEO of a construction company in New Jersey called Halmar. LARSEN was interested in work in Venezuela after listening to the plan.

<u>Keith Schiller and Security Concerns</u>

As the business plan and model were developed by the Global Governments team SAINZ contacted LUCAS, who was a friend of his, because they wanted to establish contact with legal firms in Latin America to build relationships in the region. LUCAS was friends with Keith SCHILLER and may have represented him as a lawyer in the past. LUCAS mentioned to SAINZ, in February 2019, that SCHILLER was no longer working with the White House and had his own private security business. LUCAS organized a phone call with SCHILLER and SAINZ in February 2019. SAINZ gave SCHILLER information about the Venezuela project and SCHILLER was interested in the project because of the conceptual business opportunities.

The project needed security because any company that entered into Venezuela was potentially at risk due to high levels of crime and homicide. SAINZ described the crime rate in Venezuela as a "really bad situation there" and "like Baghdad". Any company that was going to work in Venezuela needed to have secure living facilities for their personnel coming in. LUCAS thought SCHILLER was a good fit to work with Global Governments because of his background working in security and his relationships with various security companies that Global Governments might be able secure contracts with. SAINZ was looking to build a team on Global Governments and thought that SCHILLER sounded very receptive to being on that team. Nothing was discussed about what kind of deal could be given to SCHILLER, and no promises about compensation were made at this time. SCHILLER eventually agreed to be a consultant with Global Governments but never signed a contract with Global Governments. SAINZ stated that SCHILLER was considered a part of the team.

The next conversation that SAINZ had with SCHILLER was about Halmar's

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of  (U//FOUO) Video conference proffer interview of Nestor Sainz on 09/21/2020 , On 09/21/2020 , Page 7 of 24

interest in the Venezuela project.

SCHILLER knew a couple of companies that might be interested in working on the project, one of the companies was called Air Partners. Air Partners was a logistics company that had worked with the US government previously. Air Partners had worked in difficult places before that were considered dangerous. SAINZ, CHICA, and DAVIS met with two people around March or April of 2019 that represented Air Partners. The meeting took place at Global Governments. No partnership formed from this meeting.

The fact that SCHILLER and President Donald TRUMP were close associates made SCHILLER important to Global Governments' legitimacy. This was a big deal to the Venezuelans because they need presidential backing for anything they do. People associated SCHILLER with TRUMP. SCHILLER never mentioned TRUMP in any of their meetings.

<u>Larsen and Halmar</u>

Information about Halmar's interest was forwarded to the group and a meeting was set up at the Global Governments office in Washington with LARSEN. This meeting was the second meeting for KRAFT and took place during the first or second week of February. P. BETANCOURT did not make this meeting and he did not have anybody there to represent him. P. BETANCOURT by this point had agreed to work as a consultant with Global Governments, and P. BETANCOURT was relayed the information from this meeting. The meeting showed LARSEN the vision for Venezuela and the business model that had been crafted. People present for this meeting were CHICA, KRAFT, SAINZ, Andrew DAVIS, LARSEN, and MORRIS.

SAINZ thought the meeting with LARSEN went well. SAINZ stated that he did a lot of the talking at the meeting to give his vison of the project, and explain the role that P. BETANCOURT filled. LARSEN seemed to understand Latin America. CHICA did not speak English very well so he did not speak much at the meeting. SCHILLER did not attend the initial meeting with LARSEN. LARSEN was the only client that Global Governments officially signed for the project.

A few months after this first meeting with LARSEN, SAINZ met LARSEN for

FD-302a (Rev. 5-8-10)

(U//FOUO) Video conference proffer
Continuation of FD-302 of interview of Nestor Sainz on 09/21/2020 , On 09/21/2020 , Page 8 of 24

breakfast in DC. LARSEN stated during this breakfast that he would need about a 3-6 month notice to mobilize his company for the project. LARSEN sent a text message that night to SAINZ to say that he was done with the project. LARSEN had already sent the first payment of $16,000 for the retainer fee for Global Governments. The retainer fee was going to be paid in six installments of $16,000 over six months to Global Governments. SAINZ told the rest of the Global Governments team about LARSEN leaving and they became upset, but SAINZ said it had been several months and they had not done anything for LARSEN and understood why he wanted to leave. When the check arrived from LARSEN it was cashed and divided between the Global Governments team.

University Club Meeting in March 2019

SAINZ described a big breakfast meeting in March 2019 at the University Club. Present for this meeting were SAINZ, CHICA, LUCAS, KRAFT, DAVIS, SCHILLER, TOLEDO, and Ambassador VECCHIO's assistant, First Name Unknown (FNU) MARQUEZ, along with a young woman that SAINZ thought was MARQUEZ's assistant. LUCAS made reservations for the University Club. Discussions at this meeting focused on humanitarian aid that TOLEDO was looking to secure for Venezuela. There was no discussion of regime change or security at this meeting. SAINZ did not think regime change was discussed until sometime in April. SAINZ described the meeting as a formal suit and tie type meeting. KRAFT stated during this meeting that he had no problem providing $500 million in aid for Venezuela. SAINZ did not know why KRAFT stated this but KRAFT said of his own will that he was pledging that money and SAINZ said it was not a pledge from Global Governments. This meeting was the first time meeting with TOLEDO and the Venezuelans.

SCHILLER had met KRAFT, CHICA, SAINZ, and DAVIS at Global Governments about two weeks prior to the University Club meeting. SCHILLER asked some questions about Venezuela but did not talk much at this meeting since it was only his first official meeting with the group. LUCAS talked a little bit at this meeting about some bankers in New York. Most talking was done through TOLEDO and MARQUEZ. They provided an assessment of Venezuela and the ability to get aid into the country.

DISC-103485

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U//FOUO) Video conference proffer interview of Nestor Sainz on 09/21/2020 , On 09/21/2020 , Page 9 of 24

SAINZ stated he did not remember any talk of contacts in the White House during this meeting, but that SCHILLER's presence in the meeting "spoke volumes" to people present about about potential government support because SCHILLER had worked in the White House and had worked directly with President Trump for many years.

<u>Kraft's MSA and Government contacts</u>

At one meeting, KRAFT mentioned he needed to talk to Elliot ABRAMS, who was in charge of things in relation to Latin America. SAINZ did not know why KRAFT needed to talk to ABRAMS, but KRAFT had previously mentioned the need to discuss issues with the US government or state department. KRAFT never said exactly what activities they needed to talk to the US Government about. Kraft brought up getting government approvals and support many times.

KRAFT also mentioned Admiral FULLER, a SOUTHCOM Commander, saying they needed transparency. FULLER had made comments in the press about Venezuela. This provided validation for the operation. SAINZ thought KRAFT may have been communicating the information with GOUDREAU, TOLEDO or Jorge BETANCOURT. This gave SAINZ the impression KRAFT was in talks with the U.S. Government.

In a separate meeting at Global Governments SCHILLER met KRAFT, SAINZ did not think that SCHILLER and KRAFT had met before this meeting.

KRAFT started putting together a Mutual Services Agreement (MSA) that any company working with Global Governments would be required to sign. KRAFT had put together a company called Maker Capital LLC, under which the MSA contracted companies. KRAFT would handle all the payments for the project. LUCAS was going to represent the companies that were covered by the MSA. The companies were going to have dual representation in the US and in Venezuela that signed on to the MSA. SAINZ was asked about Exhibit #34, an email with an attachment sent to Jordan GOUDREAU with the title LUCAS word agreement. SAINZ thought this was a copy of the MSA that was originally sent to LUCAS and that GOUDREAU had wanted to see the MSA or a copy of it so SAINZ emailed it to GOUDREAU.

Hector BONAVENTURA, TOLEDO's right-hand man from Miami, attended a

**UNCLASSIFIED//FOUO**

DISC-103486

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of    (U//FOUO) Video conference proffer interview of Nestor Sainz on 09/21/2020    , On    09/21/2020    , Page    10 of 24

presentation of the MSA that KRAFT put together at Global Governments in April 2019. TOLEDO was supposed to be at this meeting but had BONAVENTURA fill in for him. SAINZ was asked about Exhibit #1, an email from KRAFT with subject line "Update conversation this week". SAINZ was asked about the General proposal reference in this email and money discussed. BONAVENTURE knew of a fund of money that was going to be released back to Venezuela through the Inter-American Development Bank (IDB), but that fund would not pay for any security or warfighters. SAINZ did not know what "HSE" referred to. This email captured a discussion about KRAFT's MSA and how to fund the companies that would be under the MSA. BONAVENTURA realized that the capabilities of Global Governments exceeded what he thought they could do. SAINZ could not elaborate further on what he thought BONAVENTURA may have thought of their capabilities. SAINZ could not remember if regime change was brought up during the meeting with BONAVENTURA.

Goudreau's Introduction

SCHILLER was the one to handle security. SCHILLER had contacts to bring to the table but SAINZ also had security contacts to bring to the table. SCHILLER brought Silvercorp to the table. Silvercorp was presented as a security company and GOUDREAU was the CEO. SCHILLER setup a call between GOUDREAU and SAINZ. SAINZ did not dig deep into GOUDREAU's background or vetting because GOUDREAU was trusted by SCHILLER. SAINZ didn't feel the need to perform due diligence on GOUDREAU. GOUDREAU brought up his military background which didn't seem unusual to SAINZ since most people in the security field have a military or law enforcement background. SCHILLER and SAINZ had conversations about other companies and reviewed their capabilities. SCHILLER mentioned Wilcox as another security company and Air Partners as a possible logistics company. Air Partners works under extreme environments and does work for the U.S. Government. SAINZ brought up Torres and Alutech as possible security companies.

GOUDREAU provided his background and SCHILLER provided GOUDREAU's C.V. GOUDREAU said he had contacts in Venezuela. As part of their plan, GOUDREAU had to come on as a Global Governments client and pay a retainer fee. SAINZ told SCHILLER that GOUDREAU needed to sign a retainer letter. SAINZ said that Exhibit #4 was a message asking GOUDREAU to present his experience,

UNCLASSIFIED//FOUO

**UNCLASSIFIED//FOUO**

(U//FOUO) Video conference proffer

Continuation of FD-302 of  interview of Nestor Sainz on 09/21/2020   , On   09/21/2020   , Page   11 of 24

location, and work he had done. In reference to Exhibit #3, SAINZ explained
that GOUDREAU had sent SCHILLER, KRAFT and SAINZ an email with a non-violent
plan for transition. It required an encrypted key to access it. SAINZ no
longer has access to the document with the key because it had a time limit.
SAINZ recalled that he could not really understand the plan. Lots of
conversations had taken place by May 5, 2019 but they didn't discuss his
plan.

Sometime between the University Club meeting and the May 11, 2019 meeting,
SCHILLER introduced GOUDREAU and Silvercorp USA to the Global Governments
team and brought GOUDREAU to the May 11 meeting in Miami.  GOUDREAU barely
spoke in any of the meetings. In a meeting with Jorge BETANCOURT, GOUDREAU
raised his hand to say he could help with some type of operation that Jorge
BETANCOURT was discussing. Jorge BETANCOURT told GOUDREAU he should go to
Colombia to discuss all of these things further. SAINZ thought that
GOUDREAU's role started as training but it became clear to SAINZ that
GOUDREAU's role became more than training.

<u>May 11, 2019 Meeting in Miami</u>

On May 11, 2019, they had a meeting in Miami in Brickell at a WeWork office
rental. The intent of the meeting was to get the MSA signed but it did not
get signed. Prior to the meeting, SCHILLER asked if GOUDREAU could attend.
SAINZ, KRAFT, SCHILLER, GOUDREAU, BONAVENTURA, Jorge BETANCOURT, Jorge
BETANCOURT's associate, LARSEN, and P. BETANCOURT were present for the
meeting. CHICA and TOLEDO were not present for this meeting. Jorge
BETANCOURT led the meeting and was given the task of organizing Venezuelan
efforts. Jorge BETANCOURT was given authority from LOPEZ. They discussed the
Plan Pais reconstruction plan and it was pretty clear they were not planning
on signing the MSA. The attendees were directed by BONAVENTURA to leave
their phones outside of the room for this meeting.

SAINZ confirmed that Exhibit #6 to #8 contained a summary of the May 11,
2019 meeting. Jorge BETANCOURT explained how they were getting food into
Venezuela. Jorge BETANCOURT drew on a white board, talked about back door
deals and claimed credit for some recent power blackouts in Venezuela. SAINZ
confirmed the objectives listed in Exhibit #7 were those mentioned by Jorge

**UNCLASSIFIED//FOUO**

UNCLASSIFIED//FOUO

(U//FOUO) Video conference proffer
Continuation of FD-302 of  interview of Nestor Sainz on 09/21/2020   ,On  09/21/2020  ,Page  12 of 24


BETANCOURT, including recapturing and rebuilding the country and ousting
MADURO. Jorge BETANCOURT alluded to having their own projects going on in
the background without the Global Governments team. He indicated they had
many contacts in Venezuela and the CIA. Jorge BETANCOURT's interest was in
destabilizing the MADURO regime. He and TOLEDO were involved in
destabilization activities in Venezuela. At this meeting, SAINZ realized
they weren't just interested in humanitarian aid but also in overthrowing
MADURO.

In regards to "Special Projects" discussed in Exhibit #8, SAINZ said Jorge
BETANCOURT and TOLEDO had an office in Colombia, where they were organizing
blackouts, civil unrest, and a military operation to overthrow MADURO.
GOUDREAU raised his hand and said he could help them with that. By the end
of the meeting, everyone knew GOUDREAU was talking about planning a military
operation with Jorge BETANCOURT. Jorge BETANCOURT said he and GOUDREAU
needed to talk. SCHILLER said that if anything needed reporting to the White
House SCHILLER would handle it since things had not always worked well with
the State Department in the past. KRAFT also mentioned talking to people at
the State Department, saying he would have conversations with JOHN BOLTON.
He also mentioned talking to ELLIOT ABRAMS on the phone.

May 20, 2019 Zoom Call with Lopez in Boca Raton

A meeting in Boca Rotan took place at the Hilton hotel. SCHILLER requested
that the meeting be held in Boca Raton because he had a client in town and
needed to be in the area. SCHILLER arranged for the room reservation. SAINZ,
BONAVENTURA, TOLEDO, Jorge BETANCOURT, SCHILLER, and KRAFT were present for
the meeting, and LOPEZ was present via a zoom video call. GOUDREAU did not
attend this meeting. The purpose of this meeting was to establish a
relationship between LOPEZ, KRAFT, and SCHILLER. KRAFT promised LOPEZ $500
million USD of support to Venezuela during this meeting. It was roughly a 30
minute zoom call that took place on TOLEDO's laptop. Phones were allowed in
this meeting and SAINZ stated that they did not have to leave them in a
separate area. KRAFT gave a briefing on the MSA and what it was to LOPEZ at
this meeting. SCHILLER took a bigger role during this meeting and talked to
LOPEZ and stated that LOPEZ could count on them and that they were there for
him. LOPEZ expressed his gratitude to the participants in this meeting.


UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

A May email, in Exhibits #9 to #11, covers this meeting and the agenda that
was going to be discussed. SAINZ was told to give the MSA to LOPEZ so that
LOPEZ could give the MSA to the Venezuelan Attorney General. Everybody was
happy with this meeting and it seemed like the MSA was going to be signed.
At the end of the meeting SCHILLER gave everybody present at the meeting a
pen and coin. The pen was described as a White House pen from Trump's office
and the coin was a challenge coin from SCHILLER's time working in the White
House. SAINZ said the items were a token of appreciation and SAINZ thought
that TOLEDO and Jorge BETANCOURT felt the pen and coin were validation from
the White House for the project.

After this meeting, SCHILLER seemed optimistic the MSA would be signed.

Communications and Activities after May 20, 2019 Meeting

Looking back, SAINZ recognizes there were red flags along the way. It was
understood that the MSA would cover Silvercorp as well as the involvement of
the other businesses because you needed one to get to the other, meaning
Silvercorp needed to help Jorge BETANCOURT oust MADURO before Halmar could
start road construction. No one left the group after the May 11, 2019
meeting which discussed a military plan. SAINZ did not feel like he could
leave. After the meeting, Jorge BETANCOURT invited GOUDREAU to Colombia and
GOUDREAU went to Colombia.

GOUDREAU, SCHILLER, LUCAS and SAINZ communicated through Signal
conversations. SAINZ does not have his Signal messages with GOUDREAU anymore
because he panicked and deleted them but he still has his communications
with KRAFT. SAINZ did not have GOUDREAU's personal information readily
available but would get that information and send it to the FBI. GOUDREAU
would communicate with SAINZ via telephone, Email, and cellphone
applications WhatsApp and Signal. LUCAS, SCHILLER, and KRAFT used Signal to
talk. SAINZ confirmed his phone number as 301-979-1186 and that it was the
same number he used to communicate with GOUDREAU. SAINZ said he had an
LCconsulting@gmail.com account in addition to his
nsainz@globalgovernments.com, groupconsulting101@gmail.com and
nsainz68@yahoo.com accounts. SAINZ did not have a Proton mail account but
BONAVENTURA did which was kike17@protonmail.com. P. BETANCOURT was using a

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

(U//FOUO) Video conference proffer
interview of Nestor Sainz on 09/21/2020 , On 09/21/2020 , Page 14 of 24

Gmail account which was pedro.paul.hijo@gmail.com.

GOUDREAU started spending money on the project because KRAFT agreed to pay
him. GOUDREAU would call SAINZ to complain that KRAFT had not paid him.
KRAFT said it takes time. KRAFT knew it was for a military operation when he
agreed to pay GOUDREAU.

GOUDREAU would call and ask SAINZ for advice frequently. SAINZ wanted to
make sure what GOUDREAU was planning would go well and held hopes that the
MSA would move forward and Global Governments could do business and that is
why he kept helping GOUDREAU.

Guaido Agreement

The contract with GUAIDO was signed in October 2019 based on GOUDREAU's
involvement with the Venezuelans. By this time, they were not involving the
business groups. GOUDREAU eventually bypassed working with Jorge BETANCOURT
and TOLEDO and went directly to LOPEZ. There was a fallout in approximately
September 2019. Then GUAIDO's brother reached out to GOUDREAU to work
directly with him. At that point, SAINZ told GOUDREAU he needs a contract in
the U.S. and provided GOUDREAU with advice and coaching. SAINZ told him to
get lawyers and contracts with GUAIDO. GOUDREAU called it "My Project."
GOUDREAU told SAINZ he was having a meeting in D.C. with RENDON and his
attorney where a contract was signed with GUAIDO over video teleconference.
SAINZ had only seen the initial drafts and variations of the contract from
RENDON's attorney that had a lot of blanks in it. GOUDREAU said it was
signed.

In reference to Exhibits #17 to #19 and #31, SAINZ clarified the use of code
names. He explained that Fireman was a code name for J.J. RENDON, the Denver
Boys was a reference to an investor group GOUDREAU had from the oil industry
in Denver, Techman was a reference to RENDON's lawyer and Gman was a
reference to GUAIDO. RENDON agreed to fund GOUDREAU and was a senior advisor
to GUAIDO. SAINZ didn't know if RENDON and GUAIDO had a personal
relationship too. SAINZ said GOUDREAU was also in contact with some
investors from Boone Pickens. SAINZ did not recall the name of Techman or
RENDON's lawyer but recalled that he signed a document. SAINZ thought it
could be MANUEL RETURETA. Texas Roadhouse was GOUDREAU's team in Venezuela.

UNCLASSIFIED//FOUO

**UNCLASSIFIED//FOUO**

(U//FOUO) Video conference proffer
Continuation of FD-302 of interview of Nestor Sainz on 09/21/2020 , On 09/21/2020 , Page 15 of 24

SAINZ could not recall who Team Casper was or the Foundation. SAINZ never
met GUAIDO or talked to RENDON. During October, SAINZ's contacts in
Venezuela were Jorge BETANCOURT, TOLEDO and P. BETANCOURT.

GOUDREAU said he signed a contract with GUAIDO. SAINZ never saw the signed
contract but did see documents leading up to the signing. SAINZ said there
was also an engagement letter for $1.5 million, a Promissory Note from
RENDON to GOUDREAU, and an MOU. GOUDREAU sent SAINZ a draft of the contract
via Signal. SAINZ made LUCAS aware of the contract via a lengthy text
message using Signal. Later, LUCAS and GOUDREAU met because GOUDREAU wanted
LUCAS to represent him. SAINZ believes they discussed the contract but SAINZ
did not know the details and did not know if SCHILLER was involved.

SAINZ stated that he thought GOUDREAU only met with GUAIDO via
teleconference to sign the contract he had with him. GOUDREAU had sent some
of the signature pages from the contract he signed with GUAIDO to SAINZ on
Signal, but SAINZ has since deleted his Signal communications with GOUDREAU.
SAINZ did forward some of these documents to himself and would look for
them. SAINZ thought the Memorandum of Understanding that GOUDREAU had signed
was in English and had been forwarded to LUCAS.

Regarding Exhibit #31, SAINZ did not explain what Project NOW referred to
but said he would send GOUDREAU talking points for his conversations with
RENDON. SAINZ said things started breaking down when GOUDREAU did not
receive the retainer fee. GOUDREAU was upset with most of the meetings not
long after the promissory note was signed.

SAINZ explained he was helping GOUDREAU because once regime change occurred
then GOUDREAU or Silvercorp would be working with GUAIDO and they would need
assistance. SAINZ thought GOUDREAU would include him in this and also
mentioned bringing in KRAFT. SAINZ was not getting anything in the moment
but GOUDREAU needed his personal assistance. SAINZ never signed any
agreement with GOUDREAU and never received payment from him.

KRAFT said that GOUDREAU contacted him when GOUDREAU got the retainer. KRAFT
alluded to the fact that GOUDREAU should give KRAFT and SAINZ some of the
money. SAINZ thought this may have occurred in November 2019. SAINZ was
surprised KRAFT and GOUDREAU were still in contact after KRAFT did not pay

**UNCLASSIFIED//FOUO**

GOUDREAU. SAINZ now thinks they must have been talking regularly.

SAINZ did not know who else on the Global Governments team was talking to
GOUDREAU when he was signing the contract with GUAIDO but SAINZ did know
GOUDREAU was still talking to some members. SAINZ did not think SCHILLER was
still talking to GOUDREAU when he signed the contract with GUAIDO but he did
not know for sure. GOUDREAU stated that SCHILLER did not want to know
anything about this operation. SAINZ stated that GOUDREAU did run into
SCHILLER at the Trump Hotel in DC but it was unintentional.

Lucas Contacts

SAINZ told GOUDREAU to get a lawyer once GOUDREAU had an MOU. SAINZ told
LUCAS about GOUDREAU signing an agreement and sent the MOU to LUCAS. SAINZ
introduced GOUDREAU to LUCAS and they set a meeting in October right after
the MOU was signed. SAINZ described the MOU as a letter with GUAIDO's team
appointing a representative. GOUDREAU called SAINZ to tell him the meeting
went well. They met in the Trump Hotel in D.C. LUCAS introduced GOUDREAU to
GEORGE SORIAL, who previously worked for TRUMP. GOUDREAU said he was going
to retain LUCAS. SAINZ later found out that LUCAS introduced GOUDREAU to
some former military contacts in Washington, including someone at the
Veterans Administration and someone close to Vice President Pence. GOUDREAU
said LUCAS introduced him to two people that understood exactly what he
needed. They talked about ITAR, money and equipment. Not long after that,
SAINZ met with LUCAS who reported something similar.

In or around October 2019, around the time the contract with GUAIDO was
signed, GOUDREAU was asked to send a message to TRUMP from GUAIDO. SAINZ
told GOUDREAU to get a hold of LUCAS or SCHILLER. GOUDREAU agreed to meet
GUAIDO's brother in D.C. to hand deliver the message to LUCAS so he could
pass it on to the White House. GOUDREAU found out that there was no message
and they just wanted to meet with LUCAS. They ended up not meeting since
there was no message. This was on approximately November 6, 2019.

U.S. Government Contacts

GOUDREAU mentioned having U.S. support for his plan. He always referred to
friends in the Pentagon who kept him in the loop on things in Venezuela.

DISC-103493

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

(U//FOUO) Video conference proffer
Continuation of FD-302 of interview of Nestor Sainz on 09/21/2020    , On   09/21/2020   , Page   17 of 24

GOUDREAU mentioned two people he had served with and GOUDREAU always seemed to know what was going on in Venezuela. In approximately September 2019, BONAVENTURA called SAINZ to say GOUDREAU had threatened them. BONAVENTURA, TOLEDO and Jorge BETANCOURT had continued on with their own operation and GOUDREAU contacted them to tell them to stop because he knew what they were planning to do. GOUDREAU wanted to stress that he had government backing. SAINZ thought GOUDREAU did have U.S. government backing.

Military Plan

After the May 11, 2019 meeting, SAINZ would send notes to GOUDREAU. SCHILLER was still involved and everyone was very clear on what was going to happen. On approximately May 31, 2019, GOUDREAU was working with TOLEDO and Jorge BETANCOURT. They were in Colombia staying at the J.W. Marriott. SAINZ received a call from KRAFT who reported SCHILLER was upset because TOLEDO and Jorge BETANCOURT were racking up debt on GOUDREAU's credit card. SAINZ called P. BETANCOURT to tell him and P. BETANCOURT contacted TOLEDO to take care of it. SAINZ called SCHILLER to let him know and SCHILLER explained that they were taking advantage of his guy and GOUDREAU was not like Raytheon and could not afford it. On approximately June 1, the bill disappeared.

SAINZ said there was no formal meeting regarding GOUDREAU's plan. They knew GOUDREAU was going to be involved in a military operation. There were Venezuelan soldiers and generals in Colombia participating but SAINZ did not know their names. Jorge BETANCOURT and TOLEDO introduced GOUDREAU to people in Colombia. There were some Americans as well. They were in Colombia for some time. SAINZ was not sure what they were doing to prepare but thought they were training and GOUDREAU was leading them. The Colombians trusted GOUDREAU but not TOLEDO and Jorge BETANCOURT. At one point, GOUDREAU sent a video to SAINZ, KRAFT and maybe SCHILLER of GOUDREAU giving a speech to the guys there.

SAINZ did not know who GOUDREAU was working for at the time of the invasion. He did not know who GOUDREAU's investor was. SAINZ said it was comical how it worked. LOPEZ hired GOUDREAU to overthrow MADURO and then GOUDREAU was poached from LOPEZ by GUAIDO.

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

(U//FOUO) Video conference proffer

Continuation of FD-302 of  interview of Nestor Sainz on 09/21/2020    , On  09/21/2020    , Page  18 of 24

SAINZ did not have any specific knowledge about the weapons that were going
to be used for GOUDREAU's operation. GOUDREAU had sent a "kit" list to KRAFT
or SAINZ in the form of an invoice. That kit list had a description of the
weapons and other items that would have gone with the kits. KRAFT wanted to
price the things on the kit list differently than GOUDREAU so that the funds
would have been marked in a different way. SAINZ did not know how the
weapons were being transported or how they were purchased. SAINZ did not
know if they were U.S. or foreign weapons. SAINZ did not know where the
weapons that got seized in Colombia on the 23rd of March came from. SAINZ did
not know if GOUDREAU had export licenses for any of the items he used in the
operation and did not have a discussion with GOUDREAU about it. SAINZ only
knew that GOUDREAU had a discussion with LUCAS's contacts about ITAR
restrictions.

Kraft Track

SAINZ felt like KRAFT started his own track with the Venezuelans as far back
as February 2019. Under the Global Governments model, KRAFT planned to
collect money from the Venezuelans and pay the American businesses through
his company. KRAFT was promising money to Silvercorp because they were part
of the MSA and GOUDREAU was mad because he never got any money. KRAFT was
pushing his MSA to be signed by the Venezuelans. KRAFT was always
communicating the theme that he was in charge of the MSA.

KRAFT had a discussion with SAINZ about meeting with President TRUMP after a
rally in North Carolina. KRAFT stated the meeting was to get guns and money
for the project. SAINZ wasn't sure of the date that the meeting was going to
take place but thought it was around June to August of 2019. KRAFT told
SAINZ he did meet with TRUMP after the rally and stated that TRUMP nodded
his head and mumbled something. KRAFT did not provide any detail of what he
said to the president but SAINZ thought it would be a discussion of the MSA,
GOUDREAU, and passing a message from LOPEZ. SAINZ did not know how KRAFT
organized the meeting. SAINZ thought KRAFT had a man inside of Vice
President Pence's office who might have arranged the meeting for him. LUCAS
heard similar information about KRAFT meeting with people in the Vice
President's office.

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

(U//FOUO) Video conference proffer
Continuation of FD-302 of __interview of Nestor Sainz on 09/21/2020__ , On __09/21/2020__ , Page __19 of 24__


KRAFT told SAINZ that in January 2020 two of LOPEZ's people flew out to
Montana on a private jet to meet him. KRAFT said GUAIDO was going to sign
the MSA. KRAFT said he could not tell SAINZ who was traveling for the
meeting but explained they were two of LOPEZ's people. He described them as
one military type and one who spoke good English. SAINZ contacted P.
BETANCOURT to verify this and P. BETANCOURT confirmed LOPEZ's people were
meeting with KRAFT. KRAFT was telling SAINZ that the meeting went well, the
MSA would be signed and they could get everything they wanted now, but not
saying how. KRAFT said it would happen before the end of the month due to
GUAIDO's term ending. KRAFT sent SAINZ the flight number for the jet.

SAINZ was not sure if the MSA included information about the military
operation component. KRAFT just told SAINZ it was everything they wanted.
February 2020 rolled around and GUAIDO was reinstated as president of
Venezuela for another 12 months. Weeks went by and nothing happened with the
MSA.

KRAFT made a comment about controlling birds around the end of May 2019 and
mentioned that GOUDREAU said it was game changing having access to
satellites.

KRAFT never paid GOUDREAU or Venezuelans any of the money he promised. KRAFT
claimed he needed to get the MSA signed in order to pay anybody. SAINZ
understood that KRAFT would pay people as soon as the MSA was signed. KRAFT
was going to pay from bankers but was not specific on what bankers. After
the Montana trip KRAFT stated Middle Eastern bankers would be paying for the
MSA after it got signed.

Venezuela was not the only project KRAFT was working on. In approximately
March or April 2019, SAINZ introduced KRAFT to a Florida businessman who
wanted to get involved in cleaning up old Gulf oil rigs. The man, Ernesto
RIVERA, was looking for an oil expert to help him out. RIVERA was working
with a Chinese-American partner named Peterson LAU (or PZL). KRAFT
introduced COMPTON for legal work and KRAFT was going to provide technical
guidance. In September or October, they had a falling out with KRAFT but
they kept COMPTON on. They wanted to hire LUCAS for his White House contacts
but there was no retainer fee.


UNCLASSIFIED//FOUO

**UNCLASSIFIED//FOUO**

(U//FOUO) Video conference proffer

Continuation of FD-302 of  interview of Nestor Sainz on 09/21/2020  , On  09/21/2020  , Page  20 of 24

Financing/Investing

GOUDREAU received $50,000 from RENDON. In January or February 2020, GOUDREAU
said he was fine because he had received money from an investor lady. SAINZ
did not know her name or how much she gave GOUDREAU but GOUDREAU told SAINZ
he didn't need anything. GOUDREAU mentioned other possible investors in
Brazil but said he didn't get money from them. GOUDREAU never mentioned
investors in Turkey but in approximately July 2020 KRAFT told SAINZ that
GOUDREAU traveled to Turkey. KRAFT thought this was to get weapons.

GOUDREAU traveled to the Caribbean because he wanted to setup an offshore
business. SAINZ could not recall where he traveled to. GOUDREAU owns
property in Europe. At one point they discussed possibly transferring money
through Curacao. SAINZ provided ideas of where to setup offshore accounts.
SAINZ did not know if GOUDREAU talked to others about it too. They never
explicitly discussed the reasons why.

In reference to Exhibit #33, SAINZ setup a meeting between GOUDREAU and
RIVERA. KRAFT had mentioned Venezuela to LAU and he seemed interested. LAU
had contacts in Venezuela. GOUDREAU and RIVERA did meet but GOUDREAU said it
did not go anywhere. RIVERA said he had investors in Panama. RIVERA never
brought up his meeting with GOUDREAU to SAINZ. SAINZ said that he told
GOUDREAU not to mention the real name of the country so they could gauge
what RIVERA wanted first and see what he could prove.

SAINZ was asked about Exhibit #13 regarding a Sovereign line of credit.
SAINZ stated he made the document based on internet research he had done
concerning how Venezuela would pay back any money they might owe concerning
the project. The only way KRAFT's MSA for Global Governments and the
companies that were signed to it were going to get paid was if the MSA was
tied to Venezuelan oil. SAINZ got the $750 million estimate on the document
from KRAFT and GOUDREAU's estimates they had. This $750 million was a range
of what money would be needed to start things back up again in Venezuela.
There was a budget for this money and it was around $500 million-$800
million or more and it did have implied costs for a military operation in
it. KRAFT had built his budget of $500 million for base line supplies that
would need to go to Venezuela. KRAFT had asked TOLEDO for a list of supplies

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

(U//FOUO) Video conference proffer
Continuation of FD-302 of  interview of Nestor Sainz on 09/21/2020  , On  09/21/2020  , Page  21 of 24

needed for Venezuela which TOLEDO provided to him. KRAFT found the list
funny though because it was well thought out and did not include near
enough supplies for the entire country. The sovereign line of credit was
created and sent to the "senior level consultants" which SAINZ described as
KRAFT, SAINZ, P. BETANCOURT, SCHILLER, and LUCAS.

SAINZ did not recall ever talking about crypto-currency.

March 23, 2020 Phone Call

On March 23, 2020, SAINZ received a Signal call from GOUDREAU. SAINZ
suggested they do a video call. GOUDREAU appeared calm and was in a public
place, maybe in Colombia or Miami. GOUDREAU said he needed help from SAINZ.
Prior to this call, SAINZ hadn't talked to GOUDREAU since January 2020 when
GOUDREAU said he was doing well and had found a lady investor.

During the call on March 23, 2020, GOUDREAU said he needed help with a
package that had been confiscated by Colombian authorities. SAINZ was
confused at first about why GOUDREAU would need his help and pictured the
package as a normal mail package. GOUDREAU described it as "my package" and
said it had equipment and arms. SAINZ did not understand why it would be
confiscated if the operation had a "green light." GOUDREAU also requested
help for General Cliver ALCALA because he was going to take responsibility
for the "arms" and they were going to arrest him. SAINZ recognized ALCALA's
name as being on the DOJ Top Ten "narco" list and remembered seeing there
was a bounty on MADURO and others. GOUDREAU said ALCALA was helping him and
was a good guy. SAINZ did not know what to do once he learned GOUDREAU was
working with drug dealers. GOUDREAU also asked SAINZ for SCHILLER's number
and reminded SAINZ that he had broken his phone before and lost some data
including SCHILLER's number.

SAINZ described this as an out of body experience. SAINZ agreed to send
SCHILLER's number but started to panic. SAINZ was concerned about GOUDREAU's
temper and his actions. SAINZ also did not know why GOUDREAU thought he
could help and suggested GOUDREAU call his contacts at the Pentagon.
GOUDREAU said he would contact them. SAINZ also suggested getting help in
Colombia from Ambassador Humberto Calderón BERTI, the former Venezuelan
ambassador to Colombia who was friends with DUQUE. The third option SAINZ

UNCLASSIFIED//FOUO

DISC-103498

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

(U//FOUO) Video conference proffer
Continuation of FD-302 of __interview of Nestor Sainz on 09/21/2020__ , On __09/21/2020__ , Page __22 of 24__

recommended was to go to the U.S. embassy in Bogota.

GOUDREAU also asked SAINZ to contact the attorney who witnessed the
agreement with RENDON. SAINZ said he would and GOUDREAU sent him the contact
info on Signal. That was the last time SAINZ talked to GOUDREAU. SAINZ saw a
YouTube video of a guy in Colombia discussing the seizure, which put SAINZ
in a bad place. He was in denial and deleted his Signal conversations with
GOUDREAU. SAINZ has not been contacted by GOUDREAU since then and thinks
GOUDREAU deleted SAINZ's Signal information too because he no longer showed
up in his contact list. GOUDREAU never told SAINZ to delete anything.

GOUDREAU did not explain to SAINZ how the weapons got to Colombia. GOUDREAU
said he had worked this out with his people and he had fired someone he did
not like or trust but people kept working with that person anyway and this
is why the weapons may have been seized. GOUDREAU also mentioned the items
were confiscated on the road. GOUDREAU said that without that shipment there
was no way he could carry out the operation.

GOUDREAU never said he would stop the operation or that there was a point he
would stop the operation. GOUDREAU stated that he made a commitment to the
Venezuelans and planned on holding to that commitment. GOUDREAU never stated
what he would do if the operation failed and SAINZ did not know how GOUDREAU
was able to move forward on the operation when his weapons got seized.

Contact after the Weapons Seizure

GOUDREAU has not reached out to SAINZ since the invasion but LUCAS, KRAFT
and an AP reporter have contacted SAINZ. SAINZ didn't realize GOUDREAU was
still moving forward with the plan. SAINZ received a call from KRAFT about
an AP reporter looking into GOUDREAU and Global Governments. GOUDREAU was
talking to a lot of people about SCHILLER and KRAFT. The AP did call SAINZ
but he never answered. LUCAS spoke to the reporter and called SAINZ. LUCAS
said this was really bad and did not know what to do about it. SCHILLER
thought it was Global Governments moving it forward but SAINZ told LUCAS it
was GOUDREAU's actions. SAINZ explained that SCHILLER is the one who brought
GOUDREAU in to the project, not Global Governments and COMPTON brought KRAFT
in. LUCAS said he needed to contact SCHILLER's lawyer but did not say why.
SAINZ said that LUCAS knew about the operation and was probably just trying

UNCLASSIFIED//FOUO

DISC-103499

FD-302a (Rev. 9-8-16)

UNCLASSIFIED//FOUO

(U//FOUO) Video conference proffer
Continuation of FD-302 of  interview of Nestor Sainz on 09/21/2020      , On  09/21/2020      , Page  23 of 24

to determine what SAINZ knew.

SAINZ did not know when LUCAS and GOUDREAU broke communications but LUCAS
told SAINZ GOUDREAU did not sign with him but LUCAS gave GOUDREAU his two
contacts including one with the Vice President's office. GOUDREAU did not
sign the agreement with LUCAS and did not pay LUCAS so LUCAS did not want to
deal with GOUDREAU anymore.

SAINZ has not had any communications with SCHILLER since 2019 and does not
know if GOUDREAU contacted SCHILLER after asking for his number.

SAINZ did not talk to KRAFT about his call with GOUDREAU in March 2020.
KRAFT called SAINZ many times to complain about GOUDREAU giving his
information to everyone. GOUDREAU was giving KRAFT's information to
reporters. They were surprised to find out GOUDREAU had worked at the live
aid concert in Colombia. KRAFT told SAINZ this could hurt him in so many
ways. KRAFT was having heart issues but they kept in touch. KRAFT was
concerned about SAINZ's well-being. KRAFT had been in contact with SCHILLER,
SCHILLER's attorney and LUCAS.

Miscellanous

John RENDON was a part of the Rendon group and not the same as J.J. RENDON.
The Rendon group had signed with GUAIDO to provide strategy. KRAFT did not
like John RENDON. P. BETANCOURT also worked inside of the Rendon group to
help GUAIDO and VECCHIO with their messaging. This group was not for regime
change or the ousting of MADURO.

SAINZ does not have any further affiliation with Global Governments. SAINZ
considered around October 2019, when CHICA told SAINZ that DAVIS would be
taking over Global Governments, was when he was no longer with Global. In
the fall of 2019 CHICA questioned if GOUDREAU was still working with Global
Governments or not. GOUDREAU said he would "do right" by Global Governments
but SAINZ was unsure what that meant.

SAINZ was asked why he used different email accounts to discuss things with
GOUDREAU. SAINZ stated that he preferred his personal Gmail account and
didn't use his Global Governments account very much unless it specifically

UNCLASSIFIED//FOUO

DISC-103500

Continuation of FD-302 of  (U//FOUO) Video conference proffer
interview of Nestor Sainz on 09/21/2020 ,On 09/21/2020 ,Page 24 of 24

dealt with Venezuela.

SAINZ did not know anybody who directly worked with GOUDREAU, and he didn't know any names. SAINZ thought that the people who worked with GOUDREAU were friends of GOUDREAU's who were Americans he hired to go to Colombia. Luke DENMAN and Airan BERRY were never mentioned to SAINZ.

SAINZ knew that GOUDREAU lived in Melbourne Florida, and that it was close to where SCHILLER lived. SAINZ did not know of anybody that worked at the office in Melbourne aside from one person who helped GOUDREAU with administrative tasks, but SAINZ did not know who that person was.

SAINZ did not know anybody by the name of Yacsy MIRABAL, Fernando BLASI, or Mark Von REITZENSTEIN.

SAINZ never worked with Blackwater. Eric PRINCE was mentioned to KRAFT but KRAFT did not like PRINCE. PRINCE was brought up in discussions around May of 2019 in terms of regime change but as far as SAINZ knew nobody contacted PRINCE or Blackwater.

SAINZ thought there were meetings taking place without him present. KRAFT had brought up conversations he was having with LUCAS about exchanging food for oil in Venezuela, and SAINZ had never been involved in any of these conversations.

DISC-103501