UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-CR-330-VHC/CPT

UNITED STATES OF AMERICA,

v.

JORDAN GUY MACDONALD GOUDREAU,

    Defendant.
_____/

## DEFENDANT, JORDAN GUY MACDONALD GOUDREAU'S MOTION TO CHANGE ADDRESS

    Mr. Jordan Guy MacDonald Goudreau, through undersigned counsel, requests and/or notifies the Court that his address will change, effective as soon as possible.

    Mr. Goudreau has been residing with his custodian, Ryan Reeves. Mr. Reeves and his wife recently learned that they are expecting. As a result, they are having their in-laws move into their home. Because of the addition of a new baby and the in-laws, Mr. Reeves no longer has room in his home for Mr. Goudreau.

    Mr. Goudreau is seeking to move from Mr. Reeves home, but will remain in the Freeport, Florida area. Mr. Goudreau has secured an

apartment near Mr. Reeves' home. Mr. Reeves will continue to act as Mr. Goudreau's custodian.

Notably, nothing in Mr. Goudreau's pre-trial release conditions requires him to live with Mr. Reeves.

Mr. Goudreau's pre-trial services officer ***does not oppose*** this request. Notably, Mr. Goudreau's pre-trial services officer offered to inspect the new home, but he was told by pre-trial services in the Middle District of Florida not to inspect the home.

Mr. Goudreau has provided his new address to Pre-Trial Services, but does not publicly disclose in this motion due to safety concerns.

Undersigned counsel communicated with the government regarding this request. The government opposes this request.

| | |
|---|---|
| Date: March 25, 2025 | Respectfully submitted,<br><br>TACHE, BRONIS AND DESCALZO, P.A.<br>150 S.E. 2 Avenue, Suite 600<br>Miami, Florida 33131<br>Telephone: (305) 537-9565<br>Facsimile: (305) 537-9567<br><br>By: */s/ Marissel Descalzo*<br>**Marissel Descalzo, Esq.**<br>Florida Bar. No. 669318<br>mdescalzo@tachebronis.com<br>service@tachebronis.com<br>*Counsel for Jordan Guy MacDonald Goudreau* |

2

3

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this 25th day of March, 2025, the foregoing was electronically transmitted via the Court's CM/ECF system.

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**