UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-CR-330-VHC/CPT

UNITED STATES OF AMERICA,

v.

JORDAN GUY MACDONALD GOUDREAU,

    Defendant.
_____/

## JORDAN GUY MACDONALD GOUDREAU'S MOTION TO MODIFY BOND CONDITIONS

    Defendant, Jordan Guy MacDonald Goudreau, hereby respectfully files this Motion to Modify Bond Conditions, and in support thereof states as follows:

    1.    On July 16, 2024, Mr. Goudreau was indicted and arrested in the Southern District of New York, where he was residing at the time.

    2.    Mr. Goudreau was removed to the Middle District of Florida.

    3.    On September 5, 2024, Mr. Goudreau was granted bond by this Court with conditions that included but were not limited to a personal surety bond secured by Jennifer Gatien.

    4.    This motion requests that Mr. Goudreau's bond be modified so that Ms. Gatien can be removed as a personal surety.

5. Mr. Goudreau will provide details regarding the modification and basis for same in a separately filed memorandum in further support of this motion, which will be filed shortly.

6. Undersigned counsel has conferred with AUSA Asokan, who stated that she opposes the requested modification.

WHEREFORE, based on the foregoing, Mr. Goudreau respectfully requests this Court grant his Motion to Modify Bond Conditions.

Dated: September 17, 2025

Respectfully submitted,

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**
Florida Bar No. 028850
md@DescalzoLaw.com

Descalzo Law P.A.
One Biscayne Tower
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Telephone: 305-489-1018
*Counsel for Jordan Goudreau*

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this 17th day of September, 2025, the foregoing was electronically transmitted via the Court's CM/ECF system.

By: */s/ Marissel Descalzo*
    **Marissel Descalzo, Esq.**