AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 8:24-CR-330-VMC/CPT |
| JORDAN GUY MACDONALD GOUDREAU | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jennifer Elizabeth Gatien

Date:   09/18/2025

/s/ Gerald Urbanek
*Attorney's signature*

Gerald A. Urbanek, Jr., FBN 1032592
*Printed name and bar number*
Binnall Law Group, PLLC
717 King St. Suite 200
Alexandria, VA 22314

*Address*

gerald@binnall.com
*E-mail address*

571-771-0021
*Telephone number*

703-888-1930
*FAX number*