UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-CR-330-VMC/CPT

UNITED STATES OF AMERICA,

v.

JORDAN GUY MACDONALD GOUDREAU,

Defendant.

_____/

### JENNIFER GATIEN'S MOTION FOR LEAVE TO REPLY TO RESPONSE BY THE UNITED STATES

Jennifer Gatien, by counsel, respectfully files this Motion for Leave to Reply to Response by the United States and, in support thereof, states as follows:

1. On October 3, 2025, the United States filed its Response to Jennifer Gatien's Time-Sensitive Motion to Release Bond Agreement (ECF 187).

2. In its response, the United States made certain characterizations of an alleged "side agreement" between Jennifer Gatien and Jordan Guy MacDonald Goudreau, which requested that the Defendant provide collateral as a condition to Jennifer Gatien becoming the surety on his bond agreement.

3. Jennifer Gatien believes that the government's characterization of this agreement misstates the nature of said agreement and that the case law presented by the United States is inapposite.

4. Furthermore, the United States concludes that the alleged "side agreement" made Jennifer Gatien "an unacceptable surety," a conclusion which

1

Jennifer Gatien disputes.

5. Jennifer Gatien respectfully requests an opportunity to provide a brief reply, not to exceed 5-pages in length, to clarify the purpose of her agreement with Defendant and to present to this Court appropriate case law.

6. Jennifer Gatien can have the requested reply filed within 24-hours of this Court entering an order so permitting.

Dated: October 6, 2025						Respectfully submitted,

/s/ Gerald A. Urbanek, Jr.
Gerald A Urbanek, Jr., FBN 1032592
Jason C. Greaves, FBN 1059179
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
gerald@binnall.com
jason@binnall.com
*Counsel for Jennifer Gatien*

## CERTIFICATE OF SERVICE

I certify that on October 6, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Gerald A. Urbanek, Jr.
Gerald A. Urbanek, Jr., FBN 1032592

*Counsel for Jennifer Gatien*
