UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-CR-330-VMC/CPT

UNITED STATES OF AMERICA,

v.

JORDAN GUY MACDONALD GOUDREAU,

Defendant.

_____/

### JENNIFER GATIEN'S MOTION FOR LEAVE TO REPLY TO RESPONSE BY JORDAN GOUDREAU

Jennifer Gatien, by counsel, respectfully files this Motion for Leave to Reply to Response by Jordan Goudreau and, in support thereof, states as follows:

1. On October 9, 2025, Defendant Jordan Guy MacDonald Goudreau ("Defendant") filed his Response to Jennifer Gatien's Time-Sensitive Motion to Release Bond Agreement (ECF 192).

2. Defendant's filing is replete with blatant misrepresentations of the matters before this Court and ample evidence exists to prove that Defendant's narrative is categorically false.

3. In his filing, Defendant also implies that Jesse Binnall, the managing partner of the Binnall Law Group, has a prior or existing attorney-client relationship with Defendant to "work on a pardon petition." No such relationship has ever existed.

4. Because of the conflicting narratives placed before the Court, Ms. Gatien believes that a brief, 5-page reply, due on or before October 14, 2025, can assist the

1

Court in resolving these matters and will help inform any subsequent hearing which may take place.

Dated: October 10, 2025  Respectfully submitted,

/s/ Gerald A. Urbanek, Jr.
Gerald A Urbanek, Jr., FBN 1032592
Jason C. Greaves, FBN 1059179
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
gerald@binnall.com
jason@binnall.com
*Counsel for Jennifer Gatien*

## LOCAL RULE 3.01(g) CERTIFICATION

In accordance with Local Rule 3.01(g), undersigned counsel has met and conferred with AUSA Risha Asokan, who is not in opposition to this motion. Undersigned counsel has also met and conferred with counsel for the Defendant, Marissel Descalzo, via written communication, who is in opposition to this motion on the grounds that "a response is not required."

Dated: October 10, 2025

/s/ Gerald A. Urbanek, Jr.
Gerald A. Urbanek, Jr., FBN 1032592
*Counsel for Jennifer Gatien*

## CERTIFICATE OF SERVICE

I certify that on October 10, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Gerald A. Urbanek, Jr.
Gerald A. Urbanek, Jr., FBN 1032592
*Counsel for Jennifer Gatien*