UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-CR-330-VMC/CPT

UNITED STATES OF AMERICA,

v.

JORDAN GUY MACDONALD GOUDREAU,

Defendant.
_____/

**JENNIFER GATIEN'S RESPONSE TO NOTICE BY THE UNITED STATES**

Jennifer Gatien, by counsel, respectfully files this Response to Notice of New Information in Support of Revocation of Bond and Expedited Hearing (ECF 204).

Ms. Gatien supports the government's request in its recently filed Notice of New Information in Support of Revocation of Bond and Expedited Hearing ("Notice") and shares the government's concerns regarding the events which transpired on October 16, 2025. Of particular concern is that the address listed for Go Fast Productions LLC, as identified by Sunbiz.org ("Exhibit B")(ECF 204-2), is not the same address provided on Defendant's letter authorizing the return of property ("Exhibit A")(ECF 204-1). To wit, Exhibit B displays a principal address of 5450 E Deer Valley Dr, 3417, Phoenix, AZ 85054 while Exhibit A identifies an address at 8501 Temple Terrace HWY, Tampa, FL 33637.

Moreover, Go Fast Productions LLC appears to belong to none other than the Defendant, who is directly identified on Exhibit B as a member. In addition to Exhibit A clearly displaying fictious information, it has come to undersigned counsel's attention that the address at 8501 Temple Terrace HWY, Tampa, FL 33637 appears to be

Defendant's current address at the James Haley VA Mental Health Clinic (Ex. 1). That the associate of Defendant identified herself as the "Operations Manager" of a "moving company" purportedly located at a facility operated by the Veteran's Administration is both suspicious and concerning. It stands to reason that Defendant was attempting to transfer firearms directly into his possession, which would constitute a violation of the conditions of his pre-trial release, had he been successful in doing so. At bare minimum, Defendant sought constructive possession of the firearms when he attempted to acquire and transport them through a company he owned.

For these reasons, Ms. Gatien believes the pending matter of Defendant's bond should be expedited and resolved as soon as reasonably possible.

Dated: October 17, 2025              Respectfully submitted,

/s/ Gerald A. Urbanek, Jr.
Gerald A Urbanek, Jr., FBN 1032592
Jason C. Greaves, FBN 1059179
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
gerald@binnall.com
jason@binnall.com
*Counsel for Jennifer Gatien*

## CERTIFICATE OF SERVICE

I certify that on October 17, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Gerald A. Urbanek, Jr.
Gerald A. Urbanek, Jr., FBN 1032592
*Counsel for Jennifer Gatien*