# EXHIBIT AA

### Declaration of Violetta Weddepohl

I, Violetta Weddepohl, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1. On the evening of September 26, 2025, I had dinner with a small group of friends, including Jennifer Gatien, at The Manner Hotel in New York City.
2. During dinner, Ms. Gatien was discussing her situation in response to questions from the group. One guest, Ferris, said he was unfamiliar with the individual she was discussing, Jordan Goudreau.
3. Ferris asked Ms. Gatien to show Mr. Goudreau's public Instagram page so he could understand who she was referring to. Ms. Gatien handed her phone across the table with the page open.
4. Ferris was seated next to me, and as he took the phone, the screen was unlocked and he accidentally tapped the "like" button on one of Mr. Goudreau's posts. This was visible to several people at the table. He immediately apologized and un-liked the post.
5. The action was entirely inadvertent and observed by multiple witnesses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2025, in New York, NY.

Signature: _____
Name: Violetta Weddepohl