# EXHIBIT B



Tue, Nov 5 at 8:05 AM

> Oh I meant Ryan told me he can't find it because he can't get to Oklahoma
> But he's going to be getting $80,000 after the insurance adjuster today.
> Now the question for you— I want to give the opportunity for a bond modification — let me know how that would go. Jordan will have the opportunity to come up with his own bail package and advising the court that I am removing my apartment

He will have opportunity to come up with something to replace your apartment when you pull it

> Those things can't be done simultaneously?
> Can he avoid going to jail if he wants to put up his crypto and assets

He can ...

> Got it
> I thought there was perhaps a way

