# EXHIBIT BB

Declaration of Carrie Lee

I, Carrie Lee, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

I was formerly a member of the State of California and have known Jennifer Gatien in a professional capacity and have also become friendly with her over time. I met and worked with Jordan Goudreau before meeting Ms. Gatien.

On June 30 and July 1, 2025, Ms. Gatien and I were in contact regarding escalating concerns involving Mr. Goudreau and his attorney, Marissel Descalzo. We arranged to meet in person on July 1 to discuss the situation.

We met for a late lunch at Zero Bond in New York City. Ms. Gatien explained that she had recently spoken with Ms. Descalzo and was uncertain how to proceed, as the conditions tied to signing the bond were not being honored.

While we were together, Ms. Gatien received a call from individuals expressing alarm that Mr. Goudreau might attempt to flee. She became visibly shaken and tried to reach Mr. Goudreau's counsel and another individual associated with his supervision to convey the information.

When Ms. Gatien could not reach either of them to confirm if Mr. Goudreau was responsive, she tried to reach Mr. Goudreau directly, and I attempted to call him from my phone. Ms. Gatien then spoke with him and attempted to calm him down after being told by his attorney that she was calling the prosecutor.

My knowledge of these events is based entirely on what I personally witnessed while with Ms. Gatien on July 1 at Zero Bond.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17 day of October 2025, in New York, NY.



Signature: _____
Name: Carrie Lee