# EXHIBIT C



> Those things can't be done simultaneously?
> Can he avoid going to jail if he wants to put up his crypto and assets

He can ...

> Got it
> I thought there was perhaps a way to file a motion to modify the bond so that it appears to be aligned between us

When we have hearing, he will have opportunity to modify conditions and assets securing

No there isn't that ability

Unless you tell him and we work it out before

> Yes, I want to advise him and not have it be blindsided.
> It's a lot easier for me just to do it without notice, but it feels unethical even though he stole from me and continues to lie

