# EXHIBIT CC



Wed, Nov 6 at 9:07 PM

Nothing

Did he open your text? That is so strange, it makes me think she doesn't want to be confronted about money, especially as he signed the retainer

Didn't open it
Probably thinks I was writing because I want money

*Edited*

Yep
He avoids reality and literally pretends you don't exist
It's so destabilizing— talks you up and then runs the other direction
I feel like his legal case is going to make him face things
He refuses to be accountable

Yep
He is trying to live in denial
Not a good place

👍

Let me know when you hear back
I'll let you know if I hear what DA

