# EXHIBIT F

Case 8:24-cr-00330-VMC-CPT   Document 208-9   Filed 10/20/25   Page 1 of 2 PageID 959

> I did not negotiate anything.
>
> I object because I do not believe a response is required.

4:32 PM

> Marissel, regarding your allegation that Jesse Binnal represents Jordan in a pardon application, can you please explain your basis of knowledge for that statement? If you possess any proof of this, can you please explain?

Delivered 6:58 PM