# EXHIBIT H



> Jordan has assets
> Car, boat, crypto, stocks.
> I'm not exposing myself for someone who is unstable. He has zero regard for others

I know

> He can secure his own bond

I'm going to work through it
Just need you to get out of there and we will get him to do something

I even told him he could transfer crypto to my firm Wallet and i won't touch it and he can benefit from gains

But let's get you out of there

Fri, Oct 4 at 9:17 AM

Good morning, are you in nyc?

> Good morning
> Sunday I fly back
> Stayed to deal w his root canal which happened yesterday