# EXHIBIT I

