# EXHIBIT J

