# EXHIBIT K



**From:** **Jen Gatien** ▓▓▓▓▓▓▓▓▓▓
**Subject:** Bond
**Date:** November 13, 2024 at 7:57 PM
**To:** Jord G ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** Ryan Reeves ▓▓▓▓▓▓▓▓▓▓▓▓▓

When the bond was appealed, we decided the best shot of getting released would be to defend Gary Stein's ruling. Before I signed the declaration, Ben Brafman advised me and we agreed that all crypto would be held as a form of security for putting my entire net worth at risk.

I will not be the only person with skin in the game for $2 million. You have your own money and assets — boat funds, truck, motorcycle, stocks, crypto and pension. Why are you not keeping your word to secure my risk by doing whatever needs to be done to make sure I'm good?

I am not cooperating or speaking to the prosecutor. Stop with your foul accusations. I defied the government intention to keep you in and have done all I can to assist you. Your belittling and criticism have reached a boiling point, there is absolutely no logical reason to help you and yet here I am, looking to reach a resolution. You push away anyone that doesn't comply with what you demand and I will advocate for myself, no matter how much that upsets you. I care or I otherwise would not have bailed you out any wouldn't be seeking a resolution. In return, you just want to remind me how much you despise me and want me gone.

The goal is to reach an agreement that keeps you out but mitigates my risk. For clarity, I do not want to stay on the bond so prefer that you pledge your assets for your own release which means filing a motion with the court for a modification to your bond.
THAT IS CHOICE #1

Pending that, you can mitigate my risk with your crypto which is less than what I have on the line.
THAT IS CHOICE #2

By 10am, please advise what progress you have made.

I am doing you a favor right now. Don't get it twisted. We indeed have to settle loose ends. Step by step.

TO BE CLEAR, I WILL NOT BE VERBALLY ASSAULTED FOR PROTECTING MYSELF. I DON'T EVER WANT TO REHASH THE PAST WITH YOUR DELUSIONAL VERSION. STOP TAKING ADVANTAGE OF KINDNESS— DO THE CHRISTIAN THING. Be grateful you got out, you had someone there to fight for you, someone to pledge their only asset, and someone to house you and now you need to do your part.