# EXHIBIT L

**From:** Jen Gatien
**Subject:** Re: Resolution
**Date:** July 2, 2025 at 10:37 AM
**To:** Jord G
**Cc:** Marissel Descalzo



On Jul 2, 2025, at 12:41 AM, Jen Gatien <deerjen@mac.com> wrote:

Jordan,

The path forward is simple: we speak clearly, with the intention of resolution—not with distractions, distortions, or delays.

We agreed to certain terms when I signed your bond—and within days, you reneged. I'm not going to rehash the past, but for ten months, you've pushed back every time I've asked for basic clarity and peace of mind—even while I've carried a $2 million obligation on your behalf.

This isn't about pressure. It's about honoring commitments and resolving what's long overdue.

I know you feel wronged. But before labeling it betrayal, ask yourself what's actually happening. Boundaries aren't betrayal—they're a response to how you've handled what was given with trust and clear conditions.

I'm ready to resolve this, if you are.