# EXHIBIT M

Text Found
]
Inbox

SD BULLION
The Lowest Price. Period.
Jordan Goudreau,
Thank you for your order from SD Bullion. If you have questions about your order
us at sales@sdbullion.com or call us at 1-800-294-8732. You can check the statu
anytime by logging into your account.
Order #
Order Total: $66,064.22
Placed on Apr 4, 2023, 4:01:15 PM
Billing Info
Shipping Info
Jordan Goudreau
Jordan Goudreau

tampa, Florida, 33629
tampa, Florida, 33629
United States
United States
T:
T:
Select Payment Method
Shipping Method
Bank Wire
FedEx 2 Day - Faster Delivery (On
Payment Instructions:
Send Payment To:
Bank Name:
Please include your order number in the
Bank Address:
reference/memo of your bank wire transfer.

Payment must be received within 1-2
Name: SD Bullion, Inc
business days from date of order.
ANdrace:

Text Found
@ mail.google.com
Name: SU Bullion, Inc
business days from date of order.
Address:

Account#:
Routing#:
Swift BIC for International Wires:
$66,048.15
1 Kilo Gold Bar - Design Our Choice
Unit Price: $66,048.15
1 KILO

Subtotal
Market Prices:
$66,048.15
Gold: $2,034.39
$14.95
Shipping & Handling
Tax
$1.12
Grand Total
$66,064.22
SD DEPOSITORY
CONTACT US
FIRST
Mon - Thur 8-8 EST, Fri 8-6 EST
THREE
CALL US: 800-294-8732
MONTHS
EMAIL US: SALES@SDBULLION.COM
FREE!
GET STARTED TODAY