# EXHIBIT P

Case 8:24-cr-00330-VMC-CPT    Document 208-19    Filed 10/20/25    Page 1 of 2 PageID 980



Jen,

I'm good, while you and I are good friends we are neither romantically nor sexually involved. I think my lawyer used the term "girlfriend" colloquially. We are only professional friends.

Gus will require my computer, cell phone and holdcard with paper (looks like a calculator). It will be with my camera gear. Also the ledger (silver metallic notebook).

Please sell my boat for Gus's fee. (100k) His fee for this is 200k. Please give Gus $50,000 initially from my BOA account.

Jordan