# EXHIBIT X

