# EXHIBIT Y

