# EXHIBIT Z

Case 8:24-cr-00330-VMC-CPT Document 208-29 Filed 10/20/25 Page 1 of 2 PageID 1000



> Ryan told him— I'm not interested, I tried to be a brother to you, and you fucked me over. I am done.
> Jordan said Ryan enjoys having power over him.
> Ryan said— pay me for staying in my garage and I want no involvement with anything you're doing.

Wow jen.  Jordan is an asshole

> It's exhausting
> Ryan held firm— put all his stuff in the garage. Said you are never allowed in my home.
> Ryan told me it's too stressful to be around this — he's broke, family stuff and Jordan doesn't care about anyone. Left his bedroom and bathroom in shambles

👍

Proud of Ryan
Good for him.
Jordan deserves this jen
He takes advantage of everyone!

Wed, Apr 9 at 7:43 AM

