UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-CR-330-VHC/CPT

UNITED STATES OF AMERICA,

v.

JORDAN GUY MACDONALD GOUDREAU,

    Defendant.
_____/

**JORDAN GUY MACDONALD GOUDREAU'S**
**WITNESS LIST**

    Defendant, Jordan Guy MacDonald Goudreau, respectfully submits his Witness List for the bond hearing scheduled for October 29, 2025. In the interest of judicial economy and in compliance with the Court's order [D.E. 212], Mr. Goudreau will only present those witnesses required to rebut the government's witnesses.

Dr. Mark Ruiz

Sandy Goodman

Colonel DJ Reyes

Nicole Buonamia

Sidney Millard

Dated: October 24, 2025

>Respectfully submitted,
>
>By: */s/ Marissel Descalzo*
>**Marissel Descalzo, Esq.**
>Florida Bar No. 669318
>md@DescalzoLaw.com
>
>Descalzo Law P.A.
>One Biscayne Tower
>2 South Biscayne Blvd., Suite 2530
>Miami, Florida 33131
>Telephone:    305-489-1018
>*Counsel for Jordan Goudreau*

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this 24th day of October, 2025, the foregoing was electronically transmitted via the Court's CM/ECF system.

>By: */s/ Marissel Descalzo*
>    **Marissel Descalzo, Esq.**