UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   Case No. 8:24-cr-330-VMC-CPT

Plaintiff, ☐
Government ☒            ☐ Evidentiary
                        ☐ Trial
                        ☒ Other

v.

JORDAN GUY MACDONALD GOUDREAU

Defendant ☒

**EXHIBIT LIST**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Sept. 2, 2024 Texts Gatien and Descalzo re "keep his stuff" (Doc 185-5) |
| 2 | | | | Oct. 2024 Texts Gatien and Descalzo, trying to get off bond (Doc 208-11) |
| 3 | | | | Nov. 5, 2024 Texts Gatien and Descalzo re getting off bond (Doc 208-3 and 208-5) |
| 4 | | | | Nov. 6, 2024 Texts Gatien and Descalzo re Judge Stein's order (Doc 208-12) |
| 5 | | | | Nov. 6, 2024 Texts Gatien and Descalzo re getting off bond (Doc 208-6 and 208-7) |
| 6 | | | | Nov. 9, 2024 Goudreau Gatien texts fire Descalzo (Doc 208-22 and 208-23) |
| 7 | | | | Nov. 13, 2024 Gatien Goudreau Texts re Crypto (Doc 208-13) |
| 8 | | | | Nov. 13, 2024 Email Gatien to Goudreau re side agreement (Doc 185-3) |
| 9 | | | | Jan. 7, 2025 Goudreau Gatien texts re Gold (Doc 208-17 and 208-25, 208-26, and 208-27) |
| 10 | | | | April 2025 Texts Gatien Descalzo Reeves sent Goudreau to Garage (Doc 208-29) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 11 | | | | May 8, 2025 Texts Goudreau and Gatien, "I'm not going back to prison) (Doc. 185-8) |
| 12 | | | | May 8, 2025 Texts Goudreau and Gatien Evil C**** (Doc. 208-20 and 208-21) |
| 13 | | | | May 16, 2025 Texts Goudreau to Gatien, "defamation lawyer" (Doc 185-6 and 185-7) |
| 14 | | | | July 1, 2025 Texts Gatien and Descalzo re Goudreau fleeing (Doc 192 at 6) |
| 15 | | | | July 2, 2025 Email to Goudreau and Descalzo re side agreement (Doc 185-4) |
| 16 | | | | August 2025- Descalzo messages re $1k bitcoin not to file (Doc 208-1) |
| 17 | | | | Bouillon receipt (Doc 208-16) |
| 18 | | | | Bitcoin Screenshot (Doc 208-18) |
| 19 | | | | Photograph of Goudreau's firearms taken by Jason Woolems |
| 20 | | | | Photograph of Goudreau's ammunition taken by Jason Woolems |
| 21 | | | | Screenshot of doorbell image of Sidney Millard on October 16, 2025 |
| 22 | | | | Photograph of letter delivered by Sidney Millard to Jason Woolems |
| 23 | | | | Recording of phone call between Jason Woolems and Goudreau |
| 24 | | | | Text messages between Brande Woolems and Jen Gatien |
| 25 | | | | Photographs of Goudreau's truck at Sidney Millard's house |
| 26 | | | | March 1, 2017 MDFL USAO Press Release, "People, Technology and Processes, LLC And its Principals Pay $320,000 to Resolve False Claims Allegations" |
| 27 | | | | Florida Secretary of State Sunbiz record for "GoFast Productions, LLC" |
| 28 | | | | Google Maps Screenshot for 8501 Temple Terrace Highway, Tampa FL 33637 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 29 | | | | September 30, 2025 Descalzo Email |
| 30 | | | | October 16, 2025 Descalzo Email |
| 31 | | | | September 27, 2025 Email from Brande Woolems to Descalzo |
| 32 | | | | October 16, 2025 Email from Descalzo to Brande Woolems |
| 33 | | | | Photographs of Rifles Seized in Colombia in March 2020 (Doc 22-5) |
| 34 | | | | October 17, 2025 Brande and Jason Woolems Declaration (Doc 208-8) |
| 35 | | | | Recording of Phone Call with Gatien and Goudreau, *Goudreau confirms existence of side agreement re: crypto* (Surety Exhibit 12) |
| 36 | | | | Recording of Phone Call with Gatien and Goudreau, *Goudreau confirms he told Third Party Custodian "fight me or fuck off"* (Surety Exhibit 13) |
| 37 | | | | Recording of Goudreau screaming and cursing at Gatien (Surety Exhibit 25) |
| 38 | | | | Photograph of chair Goudreau broke in Gatien's apartment (Surety Exhibit 17) |
| 39 | | | | Photograph of door Goudreau broke (Surety Exhibit 18) |
| 40 | | | | Photograph of window Goudreau broke (Surety Exhibit 19) |
| 41 | | | | Photograph of items Goudreau broke (Surety Exhibit 22) |
| 42 | | | | Photograph of Gatien black eye (Surety Exhibit 23) |