UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-00330-VMC-CPT

JORDAN GUY MACDONALD GOUDREAU, et al.

## NOTICE

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby notifies the Clerk of Court that Daniel J. Marcet is no longer affiliated with the United States Attorney's Office and should be withdrawn from the above-styled case.

The government is represented in this matter by Assistant United States Attorney Risha Asokan.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ Risha Asokan
Risha Asokan
Assistant United States Attorney
Florida Bar No. 1003398
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: risha.asokan2@usdoj.gov

U.S. v. Goudreau, et al.                           Case No. 8:24-cr-00330-VMC-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

*/s/ Risha Asokan*
Risha Asokan
Assistant United States Attorney
Florida Bar No. 1003398
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: risha.asokan2@usdoj.gov
