UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-CR-330-VMC-CPT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORDAN GUY MACDONALD GOUDREAU

    Defendant.

_____/

## UNOPPOSED MOTION TO RESCHEDULE HEARING AND/OR SCHEDULE BY ZOOM

Defendant, Jordan Guy Macdonald Goudreau, hereby submits this Motion to Reschedule Hearing and/or Schedule by Zoom the hearing currently set on January 21, 2026, and in support states as follows:

1. The Court entered an Order on January 16, 2026 [D.E. 246], setting a status conference for January 21, 2026 on the following matters: Motion for Detention [D.E. 299], [185] Time Sensitive Motion to Release Bond *Agreement*, [D.E. 185], Motion to Modify Conditions of Release [D.E. 176], and Motion for Leave to File Reply to Response by Jordan Goudreau [D.E. 194].

2. Undersigned counsel has multiple pre-existing, mandatory court appearances scheduled for that January 21, 2026 in the Southern District of Florida in the following matters: *United States v. Roberto Rodriguez, et al.,* 1:25-CR-20253, *United States v. Daniel*

*Turnbull, et al.,* 1:24-CR-20015, and *United States v. Jorge Victor Herrero Gamez, et al.,* 1:25-CR-20438.

3. Given these scheduling conflicts, undersigned counsel is unable to appear for the hearing as scheduled.

4. Counsel respectfully requests that the Court reschedule the hearing for another date when counsel can appear in the Middle District of Florida. Following communications with AUSA Asokan, both parties are available on February 6, 2026.

5. Alternatively, undersigned counsel requests that the Court conduct the status hearing by Zoom or telephone.

6. This request is made in good faith and not for the purpose of delay.

7. Undersigned has conferred with counsel for the government who confirmed the government does not oppose the relief requested.

Dated: January 20, 2026

Respectfully submitted,

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**
Florida Bar No. 669318
md@DescalzoLaw.com
Descalzo Law P.A.
One Biscayne Tower
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Telephone: 305-489-1018
*Counsel for Jordan Goudreau*

## **CERTIFICATE OF SERVICE**

I CERTIFY THAT, on this 20th day of January, 2026, the foregoing was electronically transmitted via the Court's CM/ECF system.

By: */s/ Marissel Descalzo*
  **Marissel Descalzo, Esq.**