UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-330-VMC-CPT

JORDAN GUY MACDONALD GOUDREAU

**UNITED STATES' UNOPPOSED MOTION TO EXTEND DEADLINES
TO FILE SUPPLEMENTAL BRIEFING**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully requests that the Court extend the deadlines by which the government must file supplemental briefing on the surety's release from bond, and in turn, the deadline by which the defendant and surety must file responses. On January 23, 2026, the Court ordered the government to order the transcript of the proceedings conducted on October 29-31, 2025, and no later than February 23, 2026, to submit a filing addressing its position with respect to the surety's release from the defendant's bond. Doc. 236. Although the government promptly ordered the transcript for the proceedings, as of the date of this filing, the transcript has not been disseminated. Accordingly, the government requests an additional fourteen days to submit its filing (March 12), with the same extension being afforded to the defendant and the surety.

The defense and counsel for the surety do not object to the relief sought herein.

                        Respectfully submitted,

                        GREGORY W. KEHOE
                        United States Attorney

By:   */s/ Risha Asokan*
       RISHA ASOKAN
       Assistant United States Attorney
       Florida Bar No. 1003398
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone: (407) 648-7500
       Facsimile: (407) 648-7643
       E-mail: risha.asokan2@usdoj.gov

Case 8:24-cr-00330-VMC-CPT   Document 270   Filed 02/13/26   Page 2 of 2 PageID 1383