UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO. 8:24-CR-330-VHC/CPT

UNITED STATES OF AMERICA,

v.

JORDAN    GUY    MACDONALD
GOUDREAU,

     Defendant.

_____/

## JORDAN GUY MACDONALD GOUDREAU'S RESPONSE TO GOVERNMENT'S MOTION FOR DECLARATION OF BAIL FORFEITURE, TO SET ASIDE BAIL FORFEITURE AS TO SURETY, AND FOR ENTRY OF DEFAULT JUDGMENT

Defendant, Jordan Guy MacDonald Goudreau, by and through undersigned counsel, respectfully submits this response to the government's Motion for Declaration of Bail Forfeiture, to Set Aside Bail Forfeiture as to Surety, and for Entry of Default Judgment against Defendant [D.E. 275], and states as follows:

1.  Since the bond hearing on or around October 31, 2025, counsel has had no contact with Mr. Goudreau.

2.  Counsel is not in a position to respond to the government's requested relief without input from Mr. Goudreau.

3.  As such, at this time, counsel takes no position with regard to the government's request to forfeit the bond, to set aside bail forfeiture as to the surety, and for entry of default judgment against Mr. Goudreau.

4.  Mr. Goudreau reserves all rights to object to and move for reconsideration of any order entered by the Court concerning bond forfeiture or judgment, should Mr. Goudreau appear before this Court in the future.

Dated: March 24, 2026

Respectfully submitted,

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**
Florida Bar No. 669318
md@DescalzoLaw.com
Descalzo Law P.A.
One Biscayne Tower
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Telephone:  305-489-1018
*Counsel for Jordan Goudreau*

**CERTIFICATE OF SERVICE**

I CERTIFY THAT, on this 24th of March, 2026, the foregoing was electronically transmitted via the Court's CM/ECF system.

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**

2