UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

     v.                               CASE NO. 8:24-cr-00330-VMC-CPT

JORDAN GUY MACDONALD
GOUDREAU, ET AL.

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests that the Clerk of Court

substitute the undersigned as government counsel for Assistant United States

Attorney Risha Asokan.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Lindsey N. Schmidt*
       Lindsey N. Schmidt
       Assistant United States Attorney
       United States Attorney No. 222
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Lindsey.Schmidt@usdoj.gov

**U.S. v. Goudreau, et al.**                    **Case No. 8:24-cr-00330-VMC-CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a notice

of electronic filing to the following:

Counsel of Record

/s/ Lindsey N. Schmidt

Lindsey N. Schmidt
Assistant United States Attorney
United States Attorney No. 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lindsey.Schmidt@usdoj.gov