UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-CR-330-VMC-CPT

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JORDAN GUY MACDONALD
GOUDREAU

     Defendant.

                                    /

## MOTION TO EXCUSE COUNSEL'S APPEARANCE AT STATUS HEARING

COMES NOW, undersigned counsel for Defendant, Jordan Guy Macdonald Goudreau, hereby submits this Motion to Excuse Counsel's Appearance at the Status hearing currently set on May 19, 2026 [D.E. 281], and in support states as follows:

1. The Court entered an Order scheduling a Status Conference on May 19, 2026 [D.E. 281].

2. On October 31, 2025, Magistrate Judge Tuite granted the government's request to issue a warrant for Mr. Goudreau's arrest following his failure to appear at the bond hearing [D.E. 235].

3. Mr. Goudreau is considered a fugitive.

4. Given Mr. Goudreau's fugitive status, undersigned counsel does not have contact with Mr. Goudreau and accordingly, does not have the authority to proceed on his behalf regarding any substantive matters.

5. As such, undersigned counsel respectfully requests that she be excused from the Status Hearing currently set on May 19, 2026.

6. This request is made in good faith and not for the purpose of delay.

7. Undersigned has conferred with counsel for the government who advised that it defers to the Court.

WHEREFORE, undersigned counsel respectfully requests that her appearance from the scheduled status hearing be excused, and grant such further relief as the Court deems just and proper.


Dated: May 13, 2026

Respectfully submitted,

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**
Florida Bar No. 669318
md@DescalzoLaw.com
Descalzo Law P.A.
One Biscayne Tower
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Telephone: 305-489-1018
*Counsel for Jordan Goudreau*

2

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this 13th day of May, 2026, the foregoing was electronically transmitted via the Court's CM/ECF system.

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**