UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:24-cr-330-VMC-CPT

JORDAN GUY MACDONALD GOUDREAU

_____/

## ORDER

This matter is before the Court on consideration of United States Magistrate Judge Christopher P. Tuite's Report and Recommendation (Doc. # 289), filed on June 8, 2026, recommending that the United States' Motion for Declaration of Bail Forfeiture, to Set Aside Bail Forfeiture as to Surety, and for Entry of Default Judgment Against Defendant (Doc. # 275) be granted. As of this date, neither party has filed an objection to the Report and Recommendation, and the time for the parties to file such objections has elapsed.

Upon review, the Court accepts and adopts the Report and Recommendation and grants the United States' Motion.

## Discussion

After conducting a careful and complete review of the findings and recommendations, a district judge may accept,

1

reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a *de novo* review with respect to that factual issue. Stokes v. Singletary, 952 F.2d 1567, 1576 (11th Cir. 1992). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Thus, upon due consideration of the record, including Judge Tuite's Report and Recommendation, the Court adopts the Report and Recommendation and grants the United States' Motion. The Court agrees with Judge Tuite's detailed and well-reasoned findings of fact and conclusions of law.

2

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   The Report and Recommendation (Doc. # 289) is **ACCEPTED** and **ADOPTED.**

(2)   The United States' Motion for Declaration of Bail Forfeiture, to Set Aside Bail Forfeiture as to Surety, and for Entry of Default Judgment Against Defendant (Doc. # 275) is **GRANTED.**

(3)   The $2,000,000 appearance bond is **FORFEITED.**

(4)   The forfeiture is **SET ASIDE** as to surety Jennifer Gatien.

(5)   The Clerk is directed to enter a default judgment against Defendant Jordan Guy Macdonald Goudreau and in favor of the United States for the full amount of the appearance bond (i.e., $2,000,000) and any accrued interest to be immediately due and payable thereon.

**DONE and ORDERED** in Chambers in Tampa, Florida, this 23rd day of June, 2026.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3